# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **Center for Biological Diversity**

**Defendant**(s): **U.S. Fish and Wildlife Service ; U.S. Forest Service**

County of Residence: Pima

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Pima

Plaintiff's Atty(s):

**Brendan Cummings**
**Center for Biological Diversity**
**1212 Broadway #800**
**Oakland, California  94612**
**(510) 844-7100**

**Marc D. Fink**
**Center for Biological Diversity**
**209 East 7th Street**
**Duluth, Minnesota  55805**
**(218) 464-0539**

**Allison N. Melton**
**Center for Biological Diversity**
**128 Cascadilla St./#3024**
**Crested Butte, Colorado  81224**
**(970) 309-2008**

Defendant's Atty(s):

---

<u>II. Basis of Jurisdiction</u>:       1. U.S. Government Plaintiff

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**

Plaintiff:- **N/A**
Defendant:- **N/A**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **899 Administrative Procedure Act/Review or Appeal of Agency Decision**

VI. Cause of Action: **899 APA/Review or Appeal of Agency Decision: Failure to comply with the Endangered Species Act and APA in issuing and approving 2016 Biological Opinion and 2017 Record of Decision for the Rosemont Copper Mine.**

VII. Requested in Complaint
Class Action: **No**
Dollar Demand: **N/A**
Jury Demand: **No**

VIII. This case **is not related** to another case.

**Signature:** Allison N. Melton

**Date:** 9/25/17

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**