Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
1212 Broadway #800
Oakland, CA 94612
Phone: 510-844-7100
E-mail: bcummings@biologicaldiversity.org
*Applicant Pro Hac Vice*

Marc D. Fink (MN Bar No. 0343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Phone: 218-464-0539
Email: mfink@biologicaldiversity.org
*Admitted Pro Hac Vice*

Allison N. Melton (CO Bar No. 45088)
Center for Biological Diversity
128 Cascadilla St./#3024
Crested Butte, CO  81224
Phone: 970-309-2008
Email: amelton@biologicaldiversity.org
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, ) | Case No.: CV-00475-TUC-JAS |
| ) | |
| Plaintiff, ) | **NOTICE OF ORDER SERVED ON** |
| ) | **DEFENDANTS** |
| v. ) | |
| ) | |
| U.S. Fish and Wildlife Service et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to Fed. R. Civ. P. 5, and as directed by the Court, I hereby certify that I served the Court's September 25, 2017 Order, Document No. 7, by certified mail to the following on September 27, 2017:

> Jeff Sessions
> Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington D.C.  20530-0001
>
> U.S.D.A. Forest Service
> 1400 Independence Avenue, SW
> Washington D.C.  20250-1111
>
> U.S. Fish & Wildlife Service
> 1849 C Street NW
> Room 3331
> Washington D.C.  20240-0001
>
> Civil Process Clerk
> United States Attorney's Office
> District of Arizona
> 405 W. Congress Street, Suite 4800
> Tucson, AZ  85701-5040

Date: September 27, 2017

*s/ Allison N. Melton*

Allison N. Melton (CO Bar No. 45088)
Center for Biological Diversity
128 Cascadilla St./#3024
Crested Butte, CO  81224
Phone: 970-309-2008
Email: amelton@biologicaldiversity.org
*Admitted Pro Hac Vice*

NOTICE OF ORDER SERVED ON DEFENDANTS        2

Brendan Cummings (CA Bar No. 193952)
Senior Counsel
Center for Biological Diversity
1212 Broadway #800
Oakland, CA 94612
Phone: 510-844-7100
E-mail: bcummings@biologicaldiversity.org
*Applicant Pro Hac Vice*

Marc D. Fink (MN Bar No. 0343407)
Senior Attorney
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Phone: 218-464-0539
Email: mfink@biologicaldiversity.org
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*