7017 0660 0000 8470 7524

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

WASHINGTON, DC 20250
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $6.65 |
| Total Postage and Fees $ | $12.75 |

0757 02
Postmark Here
CRESTED BUTTE CO SEP 27 2017 81224
09/27/2017

Sent To: USDA Forest Service
Street and Apt. No., or PO Box No.: 1400 Independence Avenue SW
City, State, ZIP+4®: Washington DC 20250-1111

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 0660 0000 8470 7531

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

TUCSON, AZ 85701
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $6.65 |
| Total Postage and Fees $ | $12.75 |

0757 02
Postmark Here
CRESTED BUTTE CO SEP 27 2017 81224
09/27/2017

Sent To: Civil Process Clerk, United States Attorney, the Dist. AZ
Street and Apt. No., or PO Box No.: 405 W. Congress Street, Suite 4800
City, State, ZIP+4®: Tucson AZ 85701-5040

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 0660 0000 8470 7548

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

WASHINGTON, DC 20240
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $6.65 |
| Total Postage and Fees $ | $12.75 |

0757 02
Postmark Here
CRESTED BUTTE CO SEP 27 2017 81224
09/27/2017

Sent To: US Fish & Wildlife Service
Street and Apt. No., or PO Box No.: 1849 C Street NW, Room 3331
City, State, ZIP+4®: Washington DC 20240-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 0660 0000 8470 7555

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

WASHINGTON, DC 20530
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $3.35 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $2.75 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $6.65 |
| Total Postage and Fees $ | $12.75 |

0757 02
Postmark Here
CRESTED BUTTE CO SEP 27 2017 81224
09/27/2017

Sent To: Jeff Sessions US Department of Justice
Street and Apt. No., or PO Box No.: 950 Pennsylvania Avenue NW
City, State, ZIP+4®: Washington DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

