Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
1212 Broadway #800
Oakland, CA 94612
Phone: 510-844-7100
E-mail: bcummings@biologicaldiversity.org
*Applicant Pro Hac Vice*

Marc D. Fink (MN Bar No. 0343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Phone: 218-464-0539
Email: mfink@biologicaldiversity.org
*Admitted Pro Hac Vice*

Allison N. Melton (CO Bar No. 45088)
Center for Biological Diversity
128 Cascadilla St./#3024
Crested Butte, CO  81224
Phone: 970-309-2008
Email: amelton@biologicaldiversity.org
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>    Plaintiff,<br><br>vs.<br><br>United States Fish and Wildlife Service, et. al.,<br><br>    Defendants. | No. CV-17-00475-TUC-JAS<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE - 1

I hereby certify pursuant to Fed. R. Civ. P. 5 and as directed by the Court, that on this 30 day of October, 2017, I caused a true and correct copy of the foregoing Order, Document No. 9, dated October 27, 2017 to be served by certified USPS to the following parties below:

    Jeff Sessions
    Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington D.C. 20530-001

    U.S. Fish & Wildlife Service
    1849 C Street, NW
    Room 3331
    Washington D.C. 20240-0001

    U.S.D.A. Forest Service
    1400 Independence Avenue, SW
    Washington D.C. 20250-1111

    Civil Process Clerk
    United States Attorney's Office
    District of Arizona
    405 W. Congress Street, Suite 4800
    Tucson, AZ 85701-5040

DATED this 30 day of October, 2017.

                            /s/ Elise Ferguson
                            Elise Ferguson
                            Paralegal
                            Center for Biological Diversity
                            1212 Broadway, #800
                            Oakland, CA 94612