Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
1212 Broadway #800
Oakland, CA 94612
Phone: 510-844-7100
E-mail: bcummings@biologicaldiversity.org

Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Phone: 218-464-0539
Email: mfink@biologicaldiversity.org

Allison N. Melton (CO Bar No. 45088)
Center for Biological Diversity
128 Cascadilla St. /#3024
Crested Butte, CO 81224
Phone: 970-309-2008
Email: amelton@biologicaldiversity.org

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States Fish and Wildlife Service, *et al.*,<br><br>　　　　Federal Defendants,<br><br>and<br><br>Rosemont Copper Company,<br><br>　　　　Defendant-Intervenor. | No. 4:17-cv-00475-TUC-JAS (Lead)<br>No. 4:17-cv-00576-TUC-JAS (C)<br>No. 4:18-cv-00189-TUC-JAS (C)<br><br>**PLAINTIFF'S CERTIFICATION OF COMPLIANCE WITH ORDER (DOC. 81)** |

Plaintiff Center for Biological Diversity ("the Center") hereby certifies that on November 19, 2018, Plaintiff sent the Court by USPS paper copies of the Center's Reply in Support of Motion for Summary Judgment; and Response to Federal Defendants' and Rosemont Copper Company's Cross-Motions for Summary Judgment (Doc. 141), and Center's Response to Federal Defendants' and Rosemont Copper Company's Joint Separate Statement of Facts in Support of Motion for Summary Judgment (Doc. 142), in accordance with the District of Arizona Case Management/Electronic Case Filing Administrative Policies and Procedures Manual Section II(D)(3).

On November 20, 2018, Plaintiff also sent the Court by Federal Express, a binder of authorities that were cited in Plaintiff's Reply in Support of Motion for Summary Judgment; and Response to Federal Defendants' and Rosemont Copper Company's Cross-Motions for Summary Judgment (Doc. 141).

Plaintiff hereby certifies that the materials were sent by Federal Express in compliance with the Court's April 16, 2018 Order. (Doc. 81).

Respectfully submitted this 21st day of November, 2018.

/s/Allison N. Melton
Allison N. Melton

Allison N. Melton (CO Bar No. 45088)
Center for Biological Diversity
128 Cascadilla Street /#3024
Crested Butte, CO 81224
Phone: 970-309-2008
Email: amelton@biologicaldiversity.org
*Pro Hac Vice*

1

Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, MN 55805
Phone: 218-464-0539
Email: mfink@biologicaldiversity.org
*Pro Hac Vice*

Brendan Cummings (CA Bar No.193952)
Center for Biological Diversity
1212 Broadway #800
Oakland, CA 94612
Phone: 510-844-7100
E-mail: bcummings@biologicaldiversity.org
*Pro Hac Vice*

*Attorneys for Plaintiff*

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on 21st day of November, 2018, I filed the foregoing documents electronically through CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Allison N. Melton*
Allison N. Melton
Attorney for Plaintiff