# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>United States Fish and Wildlife Service, et al.,<br><br>    Defendants. | No. CV-17-00475-TUC-JAS (Lead)<br>No. CV-17-00576-TUC-JAS (C)<br>No. CV-18-00189-TUC-JAS (C)<br><br>**ORDER** |

Pending before the Court is the Tribes' unopposed motion to file a single, joint reply exceeding the page limitation, responding to both Rosemont Copper Company's ("Rosemont") and the U.S. Forest Service's ("Service") responses to the Tribes' motion for a preliminary injunction. (Doc. 219.) The Court finds good cause, accordingly,

IT IS ORDERED that the Tribes' motion (Doc. 219) is granted. The Tribes may file a joint reply not to exceed 15 pages, responding to Rosemont's and the Forest Service's responses to the Tribes' motion for a preliminary injunction.

Dated this 10th day of June, 2019.

Honorable James A. Soto
United States District Judge