FENNEMORE CRAIG, P.C.
Norman D. James (No. 006901)
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016-2394
Telephone: (602) 916-5000
Email: njames@fclaw.com

George O. Krauja (No. 010964)
One South Church Avenue, Suite 1010
Tucson, Arizona 85701-1627
Telephone: (520) 879-6800
Email: gkrauja@fclaw.com

Mick Rusing (No. 006617)
RUSING LOPEZ & LIZARDI, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Email: mrusing@rllaz.com

Attorneys for Rosemont Copper Company

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>                Plaintiff,<br><br>v.<br><br>U.S. Fish & Wildlife Service, *et al.*,<br><br>                Defendants,<br><br>and<br><br>Rosemont Copper Company,<br><br>                Intervenor-Defendant. | No. 4:17-cv-00475-TUC-JAS (Lead)<br>No. 4:17-cv-00576-TUC-JAS (C)<br>No. 4:18-cv-00189-TUC-JAS (C)<br>**CONSOLIDATED**<br><br>**ROSEMONT COPPER COMPANY'S NOTICE OF APPEAL**<br><br>(Hon. James A. Soto) |

Notice is hereby given that Rosemont Copper Company ("Rosemont"), intervenor-defendant in the above-named consolidated cases, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following:

    (1)    Judgment in a Civil Case (ECF 249) entered in this action on August 2, 2019;

    (2)    Order (ECF 248) entered in this action on July 31, 2019;

    (3)    Order on Rosemont's Rule 59 Motion (ECF 281), entered in this action on October 28, 2019; and

1

(4)     All other orders and rulings of the Court that were adverse to Rosemont, whether or not subsumed within the July 31 Order, the August 2 Judgment, and the October 28 Order.

Copies of the foregoing are attached hereto as Exhibits 1 through 3, respectively.

A representation statement that identifies the parties to Cases 2 and 3 and their legal counsel is set forth below pursuant to Ninth Circuit Rule 3–2.

RESPECTFULLY SUBMITTED this 20th day of December, 2019.

FENNEMORE CRAIG, P.C.


*s/ Norman D. James*
Norman D. James
George O. Krauja

Mick Rusing
RUSING LOPEZ & LIZARDI, P.L.L.C.

Attorneys for Rosemont Copper Company

## Representation Statement
## United States District Court
## for the District of Arizona (Tucson Division)
### No. CV-17-00475-TUC-JAS (L)
### No. CV-17-00576-TUC-JAS (C)
### No. CV-18-00189-TUC-JAS (C)
### CONSOLIDATED

**Appellant:**

**Rosemont Copper Company**

    Appellant's Counsel:

**Norman Daniel James**
Fennemore Craig
2394 East Camelback Rd., Suite 600
Phoenix, Arizona 85016
602-916-5000
Fax: 602-916-5546
Email: njames@fclaw.com

Appellants' counsel is registered for Electronic Filing in the 9th Circuit.

**Appellees (No. CV-17-00576-TUC-JAS (C)):**

**Save the Scenic Santa Ritas; Arizona Mining Reform Coalition; Center for Biological Diversity; Grand Canyon Chapter of the Sierra Club**

    Appellees' Counsel:

**Roger Flynn**
**Jeffrey C. Parsons**
Western Mining Action Project
P.O. Box 349
Lyons, Colorado 80540
303-823-5738
Fax: 303-823-5732
Email: wmap@igc.org

**Appellees (No. CV-18-00189-TUC-JAS (C)):**

**Tohono O'odham Nation; Pascua Yaqui Tribe of Arizona; Hopi Tribe**

Appellees' Counsel:

**Heidi J. McIntosh**
**Stuart C. Gillespie**
**Caitlin A. Miller**
Earthjustice
633 17th Street
Suite 1600
Denver, Colorado 80202
303-623-9466
Fax: 303-623-8083
Email: hmcintosh@earthjustice.org
Email: sgillespie@earthjustice.org
Email: cmiller@earthjustice.org

It is not known whether Appellees' counsel are registered for Electronic Filing in the 9th Circuit.

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2019, I electronically transmitted **ROSEMONT COPPER COMPANY'S NOTICE OF APPEAL** to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties or counsel of record, as more fully reflected on the Notice of Electronic Filing.

*s/ Norman D. James*

FENNEMORE CRAIG, P.C.
PHOENIX