# NOTICE OF APPEAL

# No. CV-17-00475-TUC-JAS (L)
# No. CV-17-00576-TUC-JAS (C)
# No. CV-18-00189-TUC-JAS (C)
# <u>CONSOLIDATED</u>

# EXHIBIT 1
# JUDGMENT IN A CIVIL CASE (ECF 249)

FENNEMORE CRAIG, P.C.
PHOENIX

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>United States Fish and Wildlife Service, et al.,<br><br>Defendants. | NO. CV-17-00475-TUC-JAS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed July 31, 2019, judgment is entered in favor of plaintiffs and against defendants. The Court grants summary judgment in favor of SSSR and the Tribes in Cases 2 and 3, vacates and remands the Forest Service's FEIS and ROD, and denies Defendants' cross-motions for summary judgment in cases 2 and 3.

        Brian D. Karth
        District Court Executive/Clerk of Court

August 2, 2019

            s/ D. Curiel
    By   Deputy Clerk