JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

ANDREW A. SMITH (NM Bar 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 224-1468
andrew.smith@usdoj.gov

SIMI BHAT (CA Bar 289143)
Trial Attorney
Environmental Defense Section
301 Howard St., Suite 1050
San Francisco, California 94115
Phone: (415) 744-6473
simi.bhat@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Center for Biological Diversity,<br><br>Plaintiff,<br><br>v.<br><br>United States Fish and Wildlife Service, *et al.*,<br><br>Federal Defendants. | No. 4:17-cv-00475-TUC-JAS (Lead)<br>No. 4:17-cv-00576-TUC-JAS (C)<br>No. 4:18-cv-00189-TUC-JAS (C)<br><br>**FEDERAL DEFENDANTS'**<br>**NOTICE OF APPEAL** |

1    PLEASE TAKE NOTICE that all Federal Defendants in No. 4:17-cv-00576-TUC-
2  JAS (C) and No. 4:18-cv-00189-TUC-JAS (C) [UNITED STATES FOREST SERVICE,
3  an agency in the U.S. Department of Agriculture; KERWIN S. DEWBERRY, Supervisor
4  of the Coronado National Forest; CALVIN JOYNER, Objection Deciding Officer and
5  Regional Forester; and the UNITED STATES OF AMERICA in No. 4:17-cv-00576-
6  TUC-JAS (C); and UNITED STATES FOREST SERVICE, an agency in the U.S.
7  Department of Agriculture; SONNY PERDUE, U.S. Secretary of Agriculture; VICKI
8  CHRISTIANSEN, Chief of the U.S. Forest Service; KERWIN S. DEWBERRY,
9  Supervisor of the Coronado National Forest in No. 4:18-cv-00189-TUC-JAS (C)],
10 through undersigned counsel of record, hereby appeal to the United States Court of
11 Appeals for the Ninth Circuit from the District Court's August 2, 2019 "Judgment in a
12 Civil Case" (ECF No. 249), and the July 31, 2019 Order (ECF No. 248) underlying that
13 Judgment, as well as the Court's October 28, 2019 Order (ECF No. 281) denying
14 Intervenor Rosemont's Rule 59 motion to alter or amend the judgment.  Pursuant to
15 Ninth Circuit Court of Appeals Rule 3-2, a Representation Statement is attached.

17    Respectfully submitted this 23rd day of December, 2019,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

     /s/ Andrew A. Smith                        .
ANDREW A. SMITH (NM Bar 8341)
Senior Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607

28  FEDERAL DEFENDANTS' NOTICE OF APPEAL                                    2

Albuquerque, New Mexico 87103
Phone: (505) 224 1468
andrew.smith@usdoj.gov

SIMI BHAT (CA Bar 289143)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
301 Howard St., Suite 1050
San Francisco, California 94115
Phone: (415) 744-6473
simi.bhat@usdoj.gov

*Attorneys for Federal Defendants*

## REPRESENTATION STATEMENT

**Appellants:**

Names of Parties:

Federal Defendants in No. 4:17-cv-00576-TUC-JAS (C): UNITED STATES FOREST SERVICE, an agency in the U.S. Department of Agriculture; KERWIN S. DEWBERRY, Supervisor of the Coronado National Forest; CALVIN JOYNER, Objection Deciding Officer and Regional Forester; and the UNITED STATES OF AMERICA

Federal Defendants in No. 4:18-cv-00189-TUC-JAS(C): UNITED STATES FOREST SERVICE, an agency in the U.S. Department of Agriculture; SONNY PERDUE, U.S. Secretary of Agriculture; VICKI CHRISTIANSEN, Chief of the U.S. Forest Service; KERWIN S. DEWBERRY, Supervisor of the Coronado National Forest

Names of Counsel:

ANDREW A. SMITH (NM Bar 8341) [Registered for Electronic Filing in the 9th Circuit]
Senior Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 224 1468
andrew.smith@usdoj.gov

SIMI BHAT (CA Bar 289143)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
301 Howard St., Suite 1050
San Francisco, California 94115
(415) 744-6473
simi.bhat@usdoj.gov

BRIAN M COLLINS (TX Bar 24038827)
Senior Trial Attorney

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
(202) 305-0428
brian.m.collins@usdoj.gov

**Appellees:**

Names of Parties:

Plaintiffs in No. 4:17-cv-00576-TUC-JAS (C):  SAVE THE SCENIC SANTA RITAS; ARIZONA MINING REFORM COALITION; CENTER FOR BIOLOGICAL DIVERSITY; and GRAND CANYON CHAPTER OF THE SIERRA CLUB

Plaintiffs in No. 4:18-cv-00189-TUC-JAS(C): TOHONO O'ODHAM NATION, PASCUA YAQUI TRIBE, and HOPI TRIBE

Names of Counsel:

For Plaintiffs in No. 4:17-cv-00576-TUC-JAS (C):

ROGER FLYNN (CO Bar 21078) *Pro Hac Vice*
JEFFREY C. PARSONS (CO Bar 30210) *Pro Hac Vice*
Western Mining Action Project
P.O. Box 349, 440 Main St., #2
Lyons, Colorado 80540
(303) 823-5738
wmap@igc.org

For Plaintiffs in No. 4:18-cv-00189-TUC-JAS(C):

HEIDI McINTOSH (CO Bar 48230) *Pro Hac Vice*
STUART C. GILLESPIE (CO Bar 42861) *Pro Hac Vice*
CAITLIN MILLER (CO Bar 50600) *Pro Hac Vice*
Earthjustice, Rocky Mountain Office
633 17th Street, Suite 1600
Denver, Colorado 80202
(303) 996-9621
hmcintosh@earthjustice.org
sgillespie@earthjustice.org

cmiller@earthjustice.org

**Defendant-Intervenors:**

Names of Parties:

Defendant-Intervenors in No. 4:17-cv-00576-TUC-JAS (C) and No. 4:18-cv-00189-TUC-JAS(C): ROSEMONT COPPER COMPANY

Names of Counsel:

NORMAN D. JAMES (AZ Bar 006901)
Fennemore Craig, P.C.
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016-2394
(602) 916-5000
njames@fclaw.com

GEORGE O. KRAUJA (AZ Bar 010964)
Fennemore Craig, P.C.
One South Church Avenue, Suite 1010
Tucson, Arizona 85701-1627
(520) 879-6800
gkrauja@fclaw.com

MICK RUSING (AZ Bar 006617)
Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
(520) 792-4800
mrusing@rllaz.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of December, 2019, I filed the foregoing document electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Andrew A. Smith*
Andrew A. Smith
U.S. Department of Justice