FENNEMORE CRAIG, P.C.
Norman D. James (No. 006901)
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016-2394
Telephone: (602) 916-5000
Email: njames@fclaw.com

George O. Krauja (No. 010964)
One South Church Avenue, Suite 1010
Tucson, Arizona 85701-1627
Telephone: (520) 879-6800
Email: gkrauja@fclaw.com

Mick Rusing (No. 006617)
RUSING LOPEZ & LIZARDI, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Email: mrusing@rllaz.com

Attorneys for Rosemont Copper Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Center for Biological Diversity,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. Fish & Wildlife Service, *et al.*,<br><br>    Defendants,<br><br>and<br><br>Rosemont Copper Company,<br><br>    Intervenor-Defendant. | No. 4:17-cv-00475-TUC-JAS (Lead)<br>No. 4:17-cv-00576-TUC-JAS (C)<br>No. 4:18-cv-00189-TUC-JAS (C)<br>**CONSOLIDATED**<br><br>**ROSEMONT COPPER COMPANY'S NOTICE OF APPEAL**<br><br>**(Hon. James A. Soto)** |

Notice is hereby given that Rosemont Copper Company ("Rosemont"), intervenor-defendant and cross-claimant in the above-named consolidated cases, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following:

    (1)    Judgment in a Civil Case (ECF 292) entered on February 11, 2020; and

    (2)    Order (ECF 291) entered in this action on February 10, 2020.

With respect to the foregoing Judgment and Order, Rosemont appeals from the denial of Rosemont's motion for summary judgment on its crossclaim against cross-defendant U.S. Fish and Wildlife Service ("the Service"), as more particularly alleged in ECF 48, and the granting of the cross-motions for summary judgment of the Service and intervenor-cross-defendant Center of Biological Diversity.

Copies of the Judgment and Order are attached hereto as Exhibits 1 and 2, respectively.

A representation statement that identifies the parties to Rosemont's crossclaim asserted in Case No. CV-17-00475-TUC-JAS and their legal counsel is set forth below pursuant to Ninth Circuit Rule 3-2.

RESPECTFULLY SUBMITTED this 10th day of April, 2020.

FENNEMORE CRAIG, P.C.

 s/ Norman D. James
Norman D. James
George O. Krauja

and

Mick Rusing
RUSING LOPEZ & LIZARDI, P.L.L.C.

Attorneys for Rosemont Copper Company

**Representation Statement**

**United States District Court**

**for the District of Arizona (Tucson Division)**

**No. CV-17-00475-TUC-JAS**

**Crossclaimant/Appellant (No. CV-17-00475-TUC-JAS):**

**Rosemont Copper Company**

Appellant's Counsel:

**Norman Daniel James**
Fennemore Craig PC
2394 East Camelback Rd., Suite 600
Phoenix, Arizona 85016
602-916-5346
Fax: 602-916-5546
Email: njames@fclaw.com

**George Oscar Krauja**
Fennemore Craig PC
1 South Church Ave., Suite 1010
Tucson, AZ 85701-1627
520-879-6800
Fax: 520-879-6877
Email: gkrauja@fclaw.com

**Bradley John Pew**
Fennemore Craig PC
2394 East Camelback Rd., Suite 600
Phoenix, Arizona 85016
602-916-5434
Fax: 602-916-5634
Email: bpew@fclaw.com

**Michael John Rusing**
Rusing Lopez & Lizardi PLLC
6363 N Swan Rd., Ste. 151
Tucson, AZ 85718
520-792-4800
Fax: 520-529-4262
Email: mrusing@rllaz.com

Appellants' counsel are registered for Electronic Filing in the 9th Circuit.

**Cross-Defendant/Appellee (No. CV-17-00475-TUC-JAS):**

**United States Fish and Wildlife Service**

    Cross-Defendant/Appellee's counsel:

**Andrew Allen Smith**
U.S. Dept. of Justice
Environment & Natural Resources Division
P.O. Box 607
Albuquerque, NM 87103
505-224-1468
Fax: 505-346-7205
Email: andrew.smith@usdoj.gov

**Nicole Marie Smith**
Wildlife and Marine Resources Section
U.S. Dept. of Justice
601 D St. NW
Washington, DC 20004
202-305-0368
Fax: 202-305-0275
Email: nicole.m.smith@usdoj.gov

**Brian M Collins**
U.S. Dept. of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
202-305-0428
Fax: 202-305-0267
Email: brian.m.collins@usdoj.gov

**Intervenor-Cross-Defendant/Appellee (No. CV-17-00475-TUC-JAS):**

**Center for Biological Diversity**

    Intervenor-Cross-Defendant/Appellee's Counsel:
**Brendan Ridgely Cummings**
Center for Biological Diversity
1212 Broadway St., Ste. 800
Oakland, CA 94612
510-844-7141
Fax: 510-844-7150
Email: bcummings@biologicaldiversity.org

**Marc D Fink**
Center for Biological Diversity
209 E 7th St
Duluth, MN 55805
218-525-3884
Fax: 218-525-3857
Email: mfink@biologicaldiversity.org

**Allison N Melton**
Center for Biological Diversity - Crested Butte, CO
P.O. Box 3024
Crested Butte, CO 81224
970-309-2008
Email: amelton@biologicaldiversity.org

It is not known whether Appellees' counsel are registered for Electronic Filing in the 9th Circuit.

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2020, I electronically transmitted **ROSEMONT COPPER COMPANY'S NOTICE OF APPEAL** to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties or counsel of record, as more fully reflected on the Notice of Electronic Filing.

*s/ Norman D. James*

15689869