# NOTICE OF APPEAL
# No. CV-17-00475-TUC-JAS (L)

# EXHIBIT 1
# JUDGMENT IN A CIVIL CASE (ECF 292)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>United States Fish and Wildlife Service, et al.,<br><br>Defendants. | No. CV-17-00475-TUC-JAS (L)<br>No. CV-17-00576-TUC-JAS (C)<br>No. CV-18-00189-TUC-JAS (C)<br><br>CONSOLIDATED<br><br>**JUDGMENT IN A CIVIL CASE** |

Judgment is entered in this matter.  Please see Order (document 291) for complete information.  The Clerk shall enter this Judgment and close the case.

2/10/2020                                              Debra D. Lucas, Acting DCE/Clerk of Court



                                                       By   s/ T. Dame,  Deputy Clerk