Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
1212 Broadway #800
Oakland, CA 94612
Phone: 510-844-7100
Email: bcummings@biologicaldiversity.org

Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Phone: 218-464-0539
Email: mfink@biologicaldiversity.org

Allison N. Melton (CO Bar No. 45088)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: 970-309-2008
Email: amelton@biologicaldiversity.org

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. Fish and Wildlife Service, *et. al.*,<br><br>    Federal Defendants,<br><br>    and<br><br>Rosemont Copper Company,<br><br>    Defendant-Intervenor. | No. 4:17-cv-00475-TUC-JAS (Lead)<br>No. 4:17-cv-00576-TUC-JAS (C)<br>No. 4:18-cv-00189-TUC-JAS (C)<br><br>**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES** |

Pursuant to Federal Rule of Civil Procedure 54 and Local Civil Rule 54.2, Plaintiff Center for Biological Diversity ("Center") respectfully moves this Court of an award of reasonable attorneys' fees and litigation costs that it incurred in its successful prosecution of this matter against the Federal Defendants U.S. Fish and Wildlife Service ("FWS") *et al*. This motion is supported by the Declarations for each attorney and paralegal with billable hours in this case, filed herewith.

The Center is eligible for fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A) for its challenge to the Biological Opinion, and under the Endangered Species Act ("ESA") citizen suit provision for its related claim against the U.S. Forest Service, 16 U.S.C. § 1540(g). First, the Center is a "prevailing party" under EAJA. 28 U.S.C. § 2412(d)(1)(A). On February 10, 2020, this Court entered summary judgment for the Center regarding its claim challenging the Biological Opinion because: 1) FWS improperly heightened the standard of review in determining that the Rosemont Mine was not likely to result in destruction or adverse modification of jaguar critical habitat; 2) FWS failed to assess the tipping point for the northern Mexican gartersnake in determining whether or not it would be jeopardized by the Rosemont Mine; and 3) FWS' Incidental Take Statement was unlawful because FWS failed to choose a proper take surrogate for seven threatened and endangered species. *Ctr. for Biological Diversity v. U.S. Fish & Wildlife Serv.*, 2020 U.S. Dist. LEXIS 22375, *19-*20, *24, *27-*28. The Court's order "vacates the flawed agency actions, and remands them back to the appropriate agency." *Id*. at *68. This decision also applies to the Forest Service's reliance on the legally flawed, vacated Biological Opinion even though its Record of

Decision had already been vacated and remanded.  *See id.*; *Ctr. for Biological Diversity v. United States Fish & Wildlife Serv.*, 409 F. Supp. 3d 738, 766 (D. Ariz. 2019).

Second, the government cannot meet its burden under EAJA to demonstrate that its position was "substantially justified," and no special circumstances would make an award unjust.  28 U.S.C. § 2412(d)(1)(A).  As the Court concluded, FWS's heightened standard for destruction or adverse modification "conflicts with the ESA's institutionalized caution in favor of protecting listed species" and "impermissibly constrains the effectiveness of the ESA's protections;" the need for a tipping point analysis was supported by case law; and the Court agreed with the Center that there were "numerous fundamental problems" with the ITS, and that it "invalidat[ed] the safe harbor provision of the ESA."  *Ctr. for Biological Diversity*, 2020 U.S. Dist. LEXIS at *21, *27, *32-39.

Third, the Center is an eligible party under EAJA, as it is a nonprofit 501(c)(3) organization with less than 500 employees.  28 U.S.C. § 2412(d)(2)(B).

The Center requests $476,737.10 in attorneys' fees and $3,272.77 in litigation costs and expenses, as set forth in the detailed timesheets included with the Declarations of Marc Fink, Allison Melton, Brendan Cummings, Roger Flynn, and Elise Ferguson.  The Center is not requesting fee recovery for the considerable additional time spent solely on claims for which it did not prevail, or for the time spent on intervening in Rosemont's cross-claims and defending against Rosemont's cross-claims.  In the event this request becomes contested, the Center reserves the right to adjust these figures to account for attorneys' fees, costs, and expenses related to such a contest, and will

3

supplement this request at that time.

An application for attorneys' fees and expenses under EAJA must be filed within 30 days of final judgment. 28 U.S.C. § 2412(d)(1)(B). The Center submits this motion at this time to ensure compliance with the applicable rules and preserve the Court's jurisdiction and authority to award attorneys' fees and costs. However, as set forth in the Stipulation and Joint Motion filed along with this motion, the Federal Defendants and the Center are actively attempting to settle the Center's request for attorneys' fees, costs, and expenses.[1] If the parties reach an agreement and payment is made, the Center will promptly notify the Court and withdraw this motion. As set forth in the Stipulation, if an agreement cannot be reached within the next 60 days, the parties will either jointly propose a briefing schedule regarding this motion or otherwise apprise the Court of the status of this motion and request for action by the Court.

Dated May 8, 2020.                     Respectfully submitted

/s/Marc D. Fink
Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Phone: 218-464-0539
Email: mfink@biologicaldiversity.org

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
1212 Broadway #800
Oakland, CA 94612
Phone: 510-844-7100

---

[1] *See* May 8, 2020 Stipulation and Joint Motion for Stay of Proceedings Related to the Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses.

Email: bcummings@biologicaldiversity.org

Allison N. Melton (CO Bar No. 45088)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: 970-309-2008
Email: amelton@biologicaldiversity.org