1  Brendan Cummings (CA Bar No. 193952)
   Center for Biological Diversity
2  1212 Broadway #800
3  Oakland, CA 94612
   Phone: 510-844-7100
4  Email: bcummings@biologicaldiversity.org

5
   Marc D. Fink (MN Bar No. 343407)
6  Center for Biological Diversity
7  209 East 7th Street
   Duluth, MN 55805
8  Phone: 218-464-0539
   Email: mfink@biologicaldiversity.org
9

10 Allison N. Melton (CO Bar No. 45088)
   Center for Biological Diversity
11 P.O. Box 3024
12 Crested Butte, CO 81224
   Phone: 970-309-2008
13 Email: amelton@biologicaldiversity.org
14 *(Attorneys for Plaintiff)*

15                    IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF ARIZONA
16                              TUCSON DIVISION
17

18 Center for Biological Diversity,                No. 4: 17-cv-00475-TUC-JAS (Lead)
                                                   No. 4: 17-cv-00576-TUC-JAS (C)
19              Plaintiff,                          No. 4: 18-cv-00189-TUC-JAS (C)
20 v.

21 United States Fish and Wildlife Service, *et al*.,   PLAINTIFF'S STATEMENT OF
                                                        CONSULATION PURSUANT TO
22              Defendants,                              LRCIV. 54.2(D)(1) FOR PLAINTIFF'S
                                                        MOTION FOR ATTORNEYS' FEES,
23                                                      COSTS, AND EXPENSES
   and
24

25 Rosemont Copper Company,

26              Defendant-Intervenor.
27

28

1

2

3

I, Marc D. Fink, hereby declare:

4        1.      I am a Senior Attorney and the Public Lands Legal Director for the Center

5    for Biological Diversity ("the Center"), and the lead attorney for the Center in this case.

6        2.      As set forth in the Stipulation and Joint Motion for a Stay of Proceedings

7    related to the Center's motion for attorneys' fees, costs, and other expenses, counsel for

8    the Center and Federal Defendants are engaged in settlement negotiations over the

9    Center's request for attorneys' fees and costs.

10        3.      If the settlement negotiations are unsuccessful, the Center will provide an

11   updated Statement of Consultation when it supplements its fee motion, in accordance

12   with Local Civil Rule 54.2(d)(1).

13

14        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

15   is true and correct.

16        Executed May 8, 2020, in Duluth, Minnesota.

17                                              /s/*Marc D. Fink*
                                               Marc D. Fink (MN Bar No. 343407)
18                                             Center for Biological Diversity
                                               209 East 7th Street
19                                             Duluth, MN 55805
                                               Phone: 218-464-0539
20                                             Email: mfink@biologicaldiversity.org
21
                                               *Counsel for Plaintiff*
22

23

24

25

26

27

28

2