**Center for Biological Diversity v. U.S. Fish and Wildlife Service, et al.,**

**No. 4:17-cv-00475-TUC-JAS (Lead)**
**No. 4:17-cv-00576-TUC-JAS (C)**
**No. 4:18-cv-00189-TUC-JAS (C)**

**EXHIBIT B**
**Declaration of Marc Fink in Support of Motion for Attorneys' Fees, Costs, and Expenses**

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
1212 Broadway #800
Oakland, CA 94612
Phone: 510-844-7100
Email: bcummings@biologicaldiversity.org

Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Phone: 218-464-0539
Email: mfink@biologicaldiversity.org

Allison N. Melton (CO Bar No. 45088)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: 970-309-2008
Email: amelton@biologicaldiversity.org

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION**

| | |
|---|---|
| Center for Biological Diversity,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. Fish and Wildlife Service, *et. al.*,<br><br>    Federal Defendants,<br><br>    and<br><br>Rosemont Copper Company,<br><br>    Defendant-Intervenor. | No. 4:17-cv-00475-TUC-JAS (Lead)<br>No. 4:17-cv-00576-TUC-JAS (C)<br>No. 4:18-cv-00189-TUC-JAS (C)<br><br>DECLARATION OF MARC D. FINK IN SUPPORT OF MOTION FOR ATTORNEYS FEES AND COSTS |

I, Marc D. Fink, declare:

1. I am a Senior Attorney and the Public Lands Legal Director for the Center for Biological Diversity ("the Center"). I am licensed to practice law in the state and federal courts of Minnesota, the United States Court of Appeals for the Ninth Circuit, the United States Supreme Court, and additional federal courts.

2. I have been lead counsel for the Center in this case since the filing of the Complaint in 2017. My qualifications and experience are set forth below. Prior to the filing of the Complaint, including preparation of the Center's notice letter, Brendan Cummings was lead counsel in this case. Mr. Cummings is a Senior Attorney and the Conservation Director for the Center. Mr. Cummings continued to supervise the work of the attorneys in this case following the filing of the Complaint, as well as participating in the writing and review of legal briefs. Mr. Cummings qualifications and experience are set forth in his declaration. Throughout the litigation, Allison Melton, Staff Attorney with the Center, worked with me as co-counsel on this case. Ms. Melton was actively engaged in all aspects of this case, including in the writing and review of legal briefs. Ms. Melton's qualifications and experience are set forth in her declaration. Counsel in this case was assisted by Center paralegal Elise Ferguson, especially with the major filings and the related binders for the Court. Ms. Ferguson's qualifications and experience are set forth in her declaration.

3. This case was consolidated with other related cases, including Case No. 17-576, in which a coalition of conservation organizations (including the Center) challenged the approval of the Rosemont Mine project by the U.S. Forest Service. Roger Flynn,

Executive Director and Managing Attorney of the Western Mining Action Project, is lead counsel for the plaintiffs in Case No. 17-576.  Due to Mr. Flynn's extensive knowledge of the Rosemont Mine project proposal, and his over 25 years of litigation experience in mining law and environmental law, the Center attorneys in this case occasionally requested Mr. Flynn's assistance and involvement in this case, which we believe helped in the successful prosecution of this case.  Mr. Flynn's qualifications and experience are set forth in his declaration.

4.  Because the Center staffed this case primarily with in-house staff attorneys, there is no fee agreement in this case.

5.  I obtained my law degree in 1995 from Northwestern School of Law of Lewis and Clark College in Portland, Oregon, where I earned a certificate in Environmental and Natural Resources Law.  From 1996-1999, I worked in solo practice representing environmental organizations in federal cases against federal agencies for violating environmental laws.  From 1999-2005, I was a staff attorney with the Western Environmental Law Center, a nonprofit public interest law firm that represents environmental organizations, Tribes, and counties across the West.  From 2005-2007, I worked in solo practice representing environmental organizations in litigation, and was also the half-time staff attorney for Forest Service Employees for Environmental Ethics, a nonprofit organization based in Eugene, Oregon.  Since April, 2007, I have been a Senior Attorney with the Center for Biological Diversity, a nonprofit conservation organization headquartered in Tucson, Arizona.  I am also the Legal Director of the Center's Public Lands Program.  Since graduating from law school, my work has focused on

environmental litigation against federal agencies in federal court.

6. I have almost twenty-five years of federal environmental litigation experience. My past cases include *Citizens for Better Forestry v. U.S. Dept. of Agric.*, 341 F.3d 961 (9th Cir. 2003) (holding that plaintiffs had standing and that the Forest Service violated National Environmental Policy Act (NEPA) in developing the 2000 National Forest Management Act (NFMA) regulations); *Friends of the Clearwater v. Dombeck*, 222 F.3d 552 (9th Cir. 2000) (holding that the Forest Service violated NEPA in a challenge to timber sales in central Idaho); *Blue Mountains Biodiversity Project v. Blackwood*, 161 F.3d 1208 (9th Cir. 1998) (holding that the Forest Service violated NEPA in a challenge to timber sales in eastern Oregon); *Idaho Sporting Congress v. Thomas*, 137 F.3d 1146 (9th Cir. 1998) (holding that the Forest Service violated NEPA in a challenge to a timber sale in eastern Idaho); *Center for Biological Diversity v. BLM*, 2017 U.S. Dist. LEXIS 137089 (D. Nev., Aug. 23, 2017 (holding that the BLM violated NEPA and the Federal Land Policy and Management Act in approving a right-of-way for a massive groundwater development project); *Center for Biological Diversity v. U.S. Forest Serv.*, 820 F.Supp. 2d 1029 (D. Ariz. 2011) (holding that the Forest Service violated the Endangered Species Act (ESA) by failing to comply with the biological opinion for the forest plans in the southwest region); *Center for Biological Diversity v. U.S. Fish and Wildlife Serv.*, 623 F.Supp. 2d 1044 (holding that U.S. Fish and Wildlife Service violated the ESA in preparing the biological opinion for the forest plans in southern California); *Animal Protection Inst. v. Holtsen*, 541 F.Supp. 2d 1073 (D. Minn. 2008) (holding that state agency violated Section 9 of the ESA by authorizing trapping

4

within threatened lynx habitat); *Citizens for Better Forestry v. U.S. Dept of Agric.*, 481 F.Supp. 2d. 1059 (N.D. Cal. 2007) (holding that the Forest Service violated NEPA and ESA in developing the 2005 NFMA regulations); *Forest Service Employees for Envtl. Ethics v. U.S. Forest Serv.*, 397 F.Supp. 2d 1241 (D. Mont. 2005) (holding that the Forest Service violated NEPA and ESA regarding its nationwide use of chemical fire retardant); *Sierra Nevada Forest Prot. Campaign v. Weingardt*, 376 F.Supp. 2d 984 (E.D. Cal. 2005) (holding that the Forest Service violated NEPA by not providing a sufficient opportunity for public involvement for proposed timber sales); *Oregon Nat. Res. Council Fund v. Forsgren*, 252 F.Supp. 2d 1088 (D. Or. 2003) (holding that the Forest Service violated NEPA and NFMA concerning lynx management in northeastern Oregon); and *Sierra Club v. Bosworth*, 199 F.Supp. 2d 971 (N.D. Cal. 2002) (holding that the Forest Service violated NEPA and NFMA in a challenge to a timber sale in northern California).

7. I have presented at environmental law conferences numerous times on topics including the National Environmental Policy Act, National Forest Management Act, and Endangered Species Act. During my time with the Western Environmental Law Center, I also helped supervise law students who were enrolled in the environmental law clinic at the University of Oregon School of Law. As a Senior Attorney and Public Lands Legal Director for the Center for Biological Diversity, I also provide some training and oversight for other Center staff attorneys.

8. My cases have ranged geographically from Florida to Alaska, and as a result my rates have varied considerably depending on the local market rates of the community where I filed suit. I have researched market rates for attorneys in the Tucson

market with similar levels of experience and expertise, and have also reached out to other environmental attorneys with recent experience litigating cases in Arizona and the Tucson market.  I am requesting to be compensated at an hourly rate of $425/hour for my time, which I believe is reasonable and within the market rate for attorneys with similar expertise and experience.

9. Attached hereto is a detailed record of the time that I spent on this case.  I recorded my time contemporaneously. I have reviewed my timesheets and in the exercise of billing discretion I have omitted time that was spent solely on Rosemont Mining Company's intervention and cross-claims, the Center's unsuccessful claims, and work that was press related.  These entries are identified as omitted in my time sheet.  In addition, I reduced by travel time by 50 percent.

10. Attached hereto is also a list of the Center's reasonable litigation costs and expenses in this case.

11. Based on our research of market rates in Tucson, we are requesting that the Center's paralegal Elise Ferguson be compensated at a rate of $90/hour for her time in this case.  I believe this hourly rate is reasonable and within the market rate for paralegals with similar expertise and experience.

12. The Center is a 501(c)(3) nonprofit organization, had less than 500 employees at the time this case was filed, and continues to have less than 500 employees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2020, in Duluth, Minnesota.

*/s/ Marc D. Fink*
Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Phone: 218-464-0539
Email: mfink@biologicaldiversity.org

7

**Center for Biological Diversity v. U.S. Fish and Wildlife Service, et al.,**

**No. 4:17-cv-00475-TUC-JAS (Lead)**
**No. 4:17-cv-00576-TUC-JAS (C)**
**No. 4:18-cv-00189-TUC-JAS (C)**

**EXHIBIT B1**
**Timesheet of Marc Fink in Support of Motion for Attorneys' Fees, Costs, and Expenses**

| DATE | DESCRIPTION | HOURS | OMITTED |
|---|---|---|---|
| 9/6/2017 | review of BiOp - intro and affects to aquatic & riparian species | 2.8 | |
| 9/7/2017 | review of BiOp - Gila chub and topminnow | 2.5 | |
| 9/7/2017 | review of BiOp - CLF | 2 | |
| 9/8/2017 | review of BiOp - New Mex gartersnake | 1.5 | |
| 9/8/2017 | review of BiOp - jaguar & ocelot | 2.6 | |
| 9/13/2017 | review of EPA and other agency comments | 2.1 | |
| 9/13/2017 | emails with Alli and Meg on outstanding FOIA requests | 0.4 | |
| 9/13/2017 | review of FOIA responses from Randy | 1 | |
| 9/15/2017 | edits to complaint | 1.9 | |
| 9/15/2017 | emails w/Brendan on next steps and timing | 0.3 | |
| 9/16/2017 | incorporated edits into complaint; email to Brendan & Alli on next steps for filing | 1.4 | |
| 9/18/2017 | case evaluation form and related emails on the complaint and filing | 1.1 | |
| 9/18/2017 | began work on press release | 0.4 | 0.4 |
| 9/19/2017 | call & emails w/Center staff & co-counsel on complaint and legal claims | 1 | |
| 9/20/2017 | press release; research for press release; & related emails | 2.2 | 2.2 |
| 9/20/2017 | drafted pro hac vice application | 0.3 | |
| 10/6/2017 | review of conservation measures in BiOp | 2 | |
| 10/30/2017 | emails w/Brendan and Alli on scheduling & next steps, ct order, follow up emails | 0.5 | |
| 10/31/2017 | email to Andrew Smith re status/scheduling | 0.2 | |
| 11/3/2017 | emails with Brendan & Alli on scheduling / joint status report | 0.3 | |
| 11/3/2017 | phone call with Andrew; follow up emails w/Brendan, Alli, & Roger | 0.5 | |
| 11/3/2017 | phone conf. w/Stu Gillespie re Rosemont litigation; related follow up emails | 0.8 | |
| 11/6/2017 | emails w/Andrew & co-counsel on status conf./report and next steps | 0.3 | |
| 11/7/2017 | draft joint motion for extension; related email w/co-counsel | 0.9 | |
| 11/8/2017 | emails w/co-counsel on Andrew's edits to joint motion | 0.4 | |
| 11/8/2017 | email to Andrew on edits | 0.2 | |
| 11/8/2017 | filing of joint motion and related emails | 0.4 | |
| 11/8/2017 | review of Judge's initial order; emails with Alli and Elise | 0.3 | |
| 11/15/2017 | review of Judge's order on joint motion and related emails w/co-counsel | 0.3 | |
| 11/15/2017 | emails w/co-counsel on proposed intervention of Rosemont | 0.4 | 0.4 |
| 11/16/2017 | review of intervention mtn and supporting docs & related emails w/ co-counsel | 1.4 | 1.4 |
| 11/16/2017 | review of Rosemont's counter-claims & related emails w/co-counsel and John Buse | 0.5 | 0.5 |
| 11/19/2017 | research on limits on intervention within 9th Cir | 0.6 | 0.6 |
| 11/20/2017 | research on intervention cases - limits on intervention; related emails w/Alli | 1.8 | 1.8 |
| 11/21/2017 | research on cross claims & intervention; options for opposing | 2.5 | 2.5 |
| 11/21/2017 | edits to intervention response; email to Alli | 0.4 | 0.4 |
| 11/21/2017 | email to Brendan and John on options and next steps | 0.4 | 0.4 |
| 11/21/2017 | emails w/Alli and Elise on filing response and judge's order | 0.3 | 0.3 |
| 11/22/2017 | prep for call w/Brendan, John, Alli; conf. call on intervention/cross claims | 1.2 | 1.2 |
| 11/22/2017 | added to response to motion and prepared proposed order; related emails | 0.9 | 0.9 |
| 11/22/2017 | additional review of order (Dkt 7) on filing rules; related emails w/Alli & Elise | 1 | 1 |
| 11/28/2017 | work on proposed answer to Rosemont's cross claims - para. 1-20 | 4.2 | 4.2 |
| 11/29/2017 | work on proposed anaswer to Rosemont's cross claims - para. 20-56 | 5.6 | 5.6 |
| 11/30/2017 | emails with Michael on answer and ripeness | 0.2 | 0.2 |
| 11/30/2017 | work on proposed answer - relief, defenses, additional paragraphs | 0.7 | 0.7 |
| 12/4/2017 | review of our intervention motion; edited and emailed to Alli | 1.3 | 1.3 |
| 12/4/2017 | initial draft of Rule 16 Report; related emails w/Alli | 1 | |
| 12/5/2017 | emails w/opposing counsel arranging for scheduling call | 0.3 | |
| 12/5/2017 | discussed intervention motion w/Alli; additional edits to motion | 1.1 | 1.1 |
| 12/6/2017 | review and edits to Rule 16 Report; emailed to opposing counsel | 0.4 | |
| 12/6/2017 | conf. call on Rule 16 Report | 0.6 | |
| 12/6/2017 | follow up call w/Alli | 0.2 | |
| 12/6/2017 | email to Brendan on issues raised in conf. call w/DOJ & Rosemont; follow up emails | 0.4 | |
| 12/6/2017 | draft mtn to appear telephonically & proposed order; email to DOJ; follow up emails | 0.4 | |

| Date | Description | Hours | Hours2 |
|---|---|---|---|
| 12/7/2017 | edits to mtn to appear telephonically & order; sent around for approval | 0.2 | |
| 12/7/2017 | filed and emailed to court; forwarded to Elise to send to court | 0.3 | |
| 12/8/2017 | edits to Rule 16 Report & related emails with Alli and Brendan | 1.9 | |
| 12/11/2017 | review of edits to Rule 16 Report & emails w/co-counsel & opposing counsel | 0.4 | |
| 12/12/2017 | additional review/edits to Rule 16 Report; emails with co-counsel & opposing counsel | 0.5 | |
| 12/12/2017 | final review and edits to Rule 16 Report and related emails | 0.4 | |
| 12/12/2017 | filed Rule 16 Report; sent to co-counsel, Stu, and Roger | 0.3 | |
| 12/18/2017 | finished initial draft of answer/responses to cross claim allegations | 3 | 3 |
| 12/19/2017 | edits to our answer/responses to cross claim allegations | 3.4 | 3.4 |
| 12/22/2017 | review of and edits to Michael's declaration | 0.5 | 0.5 |
| 12/22/2017 | edits to motion to intervene; emailed to Brendan and Alli | 1.4 | 1.4 |
| 2/7/2018 | review of 9th Cir BiOp cases | 3.5 | |
| 2/8/2018 | review of BiOp cases - outline of issues for reviewing Rosemont BiOp | 2.7 | |
| 2/9/2018 | review of EPA 2017 comments on Rosemont; email to co-counsel | 2 | |
| 2/12/2018 | review of BiOp and notes, in anticipation of SJ briefing (p.1-72) | 3.1 | |
| 2/13/2018 | additional review of BiOp and notes in anticipation of SJ briefing | 2.8 | |
| 2/14/2018 | prep for call w/Roger, Alli and Brendan; conf. call on new info/EPA comments | 1.3 | |
| 2/15/2018 | draft supplemental notice letter and related emails with co-counsel | 2.9 | |
| 2/15/2018 | emails w/Elise and Alli on finalizing and sending off notice letter and attachments | 0.4 | |
| 3/6/2018 | began review of amended answer; email to Michael & John and follow up on jaguar CH | 0.9 | 0.9 |
| 3/6/2018 | review motion to consolidate and related emails w/Roger and DOJ | 0.4 | |
| 3/6/2018 | initial review of AR & email to Roger and then Andrew/Lila | 0.5 | |
| 3/7/2018 | work on response to cross claims / allegations | 4.5 | 4.5 |
| 3/8/2018 | work on response to cross claims / allegations | 1.7 | 1.7 |
| 3/8/2018 | edits to intervention motion and decs | 0.8 | 0.8 |
| 3/8/2018 | call w/Lila and follow up emails w/co-counsel and Lila re FS AR | 0.4 | |
| 3/12/2018 | began review of FWS AR - BiOp docs | 3 | |
| 3/12/2018 | review of FWS AR - BiOp docs | 3.5 | |
| 3/12/2018 | reviewed order on consolidation; forwarded to Center staff | 0.2 | |
| 3/13/2018 | review of FWS AR Docs - BiOp Docs | 2.1 | |
| 3/13/2018 | review of FWS AR Docs - BiOp Docs | 2.5 | |
| 3/14/2018 | emails w/co-counsel on March 29 status conf.; email to counsel re mtn appear by phone | 0.3 | |
| 3/14/2018 | final review of & edits to motion to intervene, supporting docs and proposed answer | 2.2 | 2.2 |
| 3/14/2018 | review of local rules and Judge's order; email to Elise w/reminder & summary` | 0.3 | |
| 3/14/2018 | began review of FWS privileged docs | 1.9 | |
| 3/15/2018 | review of FWS privileged docs; email to co-counsel w/notes | 3.3 | |
| 3/16/2018 | review of FS SIR docs; email w/notes to co-counsel | 3.5 | |
| 3/16/2018 | emails w/Roger on AR and potential need to supplement | 0.3 | |
| 3/18/2018 | review of EPA comments (11/30/17); notes | 2.4 | |
| 3/19/2018 | began work on draft mtn to supplement; additional review of EPA and Corps letters | 2.8 | |
| 3/19/2018 | work on motion to supplement - background and facts | 2.9 | |
| 3/20/2018 | caselaw research on motions to supplement | 1 | |
| 3/20/2018 | work on draft motion to supplement | 3.5 | |
| 3/21/2018 | email draft motion to supplement to Alli and Brendan | 0.2 | |
| 3/21/2018 | review of AR - FWS reference docs | 3.8 | |
| 3/22/2018 | review of AR - FWS reference docs | 2.1 | |
| 3/22/2018 | review of AR - FS ROD and objection docs | 1.3 | |
| 3/22/2018 | phone conf. w/Alli and Brendan on status of case; mtn to supplement; next steps | 0.6 | |
| 3/23/2018 | finished review of objection folder docs in FS AR | 0.5 | |
| 3/23/2018 | review of privileged docs / index in FS AR | 0.6 | |
| 3/23/2018 | review of FWS section docs folder in FS AR | 1.5 | |
| 3/23/2018 | started review of ADEQ docs folder in FS AR | 1.3 | |
| 3/25/2018 | review of FS AR - ADEQ and post-BiOp docs with agency consultation and permits | 1.1 | |
| 3/26/2018 | review of FS AR - agency consult/permit docs | 1.9 | |
| 3/26/2018 | conf. call w/Roger and Alli on AR and upcoming status conf. | 1.4 | |

| Date | Description | Hours | Hours2 |
|---|---|---|---|
| 3/26/2019 | began compiling list of docs to be added to the FWS AR | 2.8 | |
| 3/27/2018 | cross referencing docs between FS AR & FWS AR, to see which not included in FWS AR | 2 | |
| 3/27/2018 | drafted initial letter to DOJ on ARs; email to Alli, Brendan, Roger | 0.5 | |
| 3/28/2018 | emails w/Alli and Roger on letter to DOJ re ARs | 0.3 | |
| 3/28/2018 | expanded letter to DOJ re ARs; resent to co-counsel | 0.4 | |
| 3/28/2018 | additional review of cross reference docs in FS AR and FWS AR | 1.4 | |
| 3/28/2018 | review of FWS AR Email docs | 3.5 | |
| 3/29/2018 | final review of an edits to AR letter, emailed to DOJ | 0.3 | |
| 3/29/2018 | prep for status conf. - reviewed case management reports/orders in both cases, notes | 0.3 | |
| 3/29/2018 | additional review of AR - FWS emails | 2.1 | |
| 3/29/2018 | status conf. with court | 0.5 | |
| 3/29/2018 | follow up call w/Alli on scheduling and next steps; related emails w/Brendan and Roger | 0.6 | |
| 3/30/2018 | dicussed scheduling issue w/Roger; follow up emails with Brendan and Alli | 0.6 | |
| 3/30/2018 | additional review of FWS AR email docs; sent notes to Alli | 2.9 | |
| 4/9/2018 | review of EPA comments on AR to compare w/Nov 2017 EPA comments | 1.3 | |
| 4/10/2018 | review AR docs/evidence on CWA compliance / WQS violations/heavy metals pollution3.5 | 3.5 | |
| 4/10/2018 | phone call and emails with Alli on motion to supplement AR | 0.4 | |
| 4/11/2018 | review of docs to see what else should be added to AR ; related emails with Alli | 2.9 | |
| 4/11/2018 | phone conf. with Brendan and Alli on mtn to supplement/complete AR | 0.4 | |
| 4/11/2018 | phone conf. w/Roger and Alli on motion to complete/supplement; follow up emails | 0.5 | |
| 4/11/2018 | finished up review of docs; email to DOJ on additional references to docs in AR | 0.8 | |
| 4/13/2018 | research caselaw/agency guidance re completeness of ARs and mtns to complete ARs | 1.4 | |
| 4/13/2018 | began work on edits and additions to Alli's draft motion to complete AR | 1.6 | |
| 4/13/2018 | review of agency response to notice letter and related emails w/co-counsel | 0.3 | |
| 4/13/2018 | emails w/Andrew on AR issue dispute | 0.2 | |
| 4/14/2018 | additional work/research on mtn to compel completion of AR; emailed to co-counsel | 3 | |
| 4/15/2018 | incorporated Alli's edits | 0.3 | |
| 4/15/2018 | prepared TOC/TOA | 0.4 | |
| 4/16/2018 | edits to motion/memo to compel completion of FWS AR | 2.5 | |
| 4/16/2018 | email to opposing counsel re mtn to compel completion of FWS AR | 0.1 | |
| 4/16/2018 | going over mtn/memo for accuracy/correct cites | 1.4 | |
| 4/16/2018 | email from Andrew on FWS AR, related research and discussed w/Roger | 0.5 | |
| 4/16/2018 | email to co-counsel on AR motion | 0.2 | |
| 4/16/2018 | email to opposing counsel on AR motion | 0.1 | |
| 4/17/2018 | began review of FWS AR for Claim 3 | 0.8 | 0.8 |
| 4/19/2018 | review of FWS AR for Claim 3 | 1.4 | 1.4 |
| 4/20/2018 | review of FWS AR for Claim 3 | 1.9 | 1.9 |
| 4/20/2018 | email to Alli and Brendan re: AR review so far for Claim 3 | 0.2 | 0.2 |
| 4/20/2018 | additional review of FWS AR for Claim 3 | 3.3 | 3.3 |
| 4/23/2018 | review of FWS AR Docs for Claim 3 | 1.7 | 1.7 |
| 4/23/2018 | emailed notes on FWS AR Claim 3 docs to Alli and Brendan | 0.2 | 0.2 |
| 5/1/2018 | began outline for SJ opening brief | 1.4 | |
| 5/1/2018 | worked on facts for SJ opening brief | 1.3 | |
| 5/2/2018 | review of BiOp to help narrow legal arguments for opening brief | 3.5 | |
| 5/3/2018 | additional review of BiOp to help narrow legal arguments for opening brief | 2.1 | |
| 5/4/2018 | work on outline of legal arguments; sent to Alli and Brendan | 1.9 | |
| 5/4/2018 | review of Alli's draft letter on Claim 3 AR; edited and sent to Alli/Brendan, then DOJ | 0.6 | 0.6 |
| 5/7/2018 | work on facts section of opening brief - including adding correct cites from AR | 3.9 | |
| 5/8/2018 | continued work on facts section of opening brief, including adding correct cites from AR | 4.8 | |
| 5/8/2018 | email to Alli w/new version of brief and notes on next steps | 0.2 | |
| 5/9/2018 | researched and reviewed caselaw on jeopardy/recovery/tipping point | 2.2 | |
| 5/9/2018 | review of 2013 & 2016 BiOps re: recovery/tipping point/jeopardy | 2.5 | |
| 5/9/2018 | additional review of N Mex gartersnake section of 2016 BiOp | 1 | |
| 5/10/2018 | began work on initial draft of recovery / tipping point argument | 5.5 | |
| 5/11/2018 | continued work on recovery/tipping argument for SJ brief; sent draft to Alli | 4 | |

| Date | Description | Hours | Hours2 |
|---|---|---|---|
| 5/16/2018 | caselaw research on BiOps and mitigation measures; review of cases | 1.9 | |
| 5/17/2018 | review of AR docs on mitigation measures / conservation measures relied on in BiOp | 3.3 | |
| 5/18/2018 | began work on mitigation measures argument for opening brief | 3.8 | |
| 5/21/2018 | finished initial draft of mitigation measures argument; emailed to Alli | 3.2 | |
| 5/22/2018 | scheduling related emails w/Roger, Heidi, Alli; call w/Roger & Heidi; reviewed schedule | 0.4 | |
| 5/23/2018 | review of FS AR Docs | 3 | |
| 5/24/2018 | began work on failure to consider pollution from waste rock/tailings - relevant factors | 2.8 | |
| 5/24/2018 | continued work on relevant factors argument | 3.1 | |
| 5/25/2018 | continued work on relevant factors argument | 2.5 | |
| 5/25/2018 | additional search of FS AR docs and added to arg. on relevant factors / wq impacts | 2 | |
| 5/25/2018 | review of schedule proposed by Roger; related emails | 0.2 | |
| 5/30/2018 | review of AR docs for ITS claim / arguments | 4.5 | |
| 5/31/2018 | review of BiOp and AR docs for ITS claim / arguments | 3.3 | |
| 5/31/2018 | caselaw research on ITS cases | 1.1 | |
| 6/1/2018 | began work on ITS section of brief | 3 | |
| 6/1/2018 | additional work on ITS section of brief | 0.7 | |
| 6/4/2018 | additional work on ITS arguments for opening brief | 2.9 | |
| 6/5/2018 | additional work on ITS arguments for opening brief; emailed to Alli | 1 | |
| 6/6/2018 | started work on statement of facts | 3.5 | |
| 6/7/2018 | finished an initial draft of statement of facts; emailed to Alli | 1.4 | |
| 6/7/2018 | drafted motion for SJ; emailed to Alli | 0.3 | |
| 6/7/2018 | email to Brendan w/questions for Claims 3 and 4 and SJ motion | 0.2 | 0.2 |
| 6/14/2018 | work on statement of facts - added additional facts from AR docs | 2.5 | |
| 6/20/2018 | began work on Claim 3 argument | 1.9 | 1.9 |
| 6/20/2018 | caselaw research for Claim 3 argument | 1.3 | 1.3 |
| 6/21/2018 | additional work on Claim 3 argument | 1.7 | 1.7 |
| 6/22/2018 | began consolidating individual arguments into brief | 0.8 | |
| 6/25/2018 | began review of jaguar draft arguments; related email to Alli | 0.6 | |
| 6/26/2018 | researched cases and facts for 1st jaguar argument - likely standard under ESA sec. 7 | 2.9 | |
| 6/26/2018 | began edits to first jaguar argument and likely standard | 2.8 | |
| 6/27/2018 | additional work on argument - jaguar and likely standard | 2.5 | |
| 6/27/2018 | additional research and incorporated into brief - likely standard and jaguar | 1.1 | |
| 6/27/2018 | began review of facts for second arg re jaguar CH and subunit 4b | 2 | |
| 6/28/2018 | substantial edits to second jaguar CH argument; additional review of relevant facts/docs | 3.5 | |
| 6/28/2018 | emailed edited draft jaguar arg. to Alli and follow up emails on next steps | 0.3 | |
| 6/29/2018 | review & edits to standing decs; email to Alli | 1.8 | |
| 6/29/2018 | drafted standing section for brief | 0.5 | |
| 7/2/2018 | incorporated Alli's edits to jaguar section; additional work on jaguar section of brief | 2.6 | |
| 7/3/2018 | incorporated Alli's edits and additional work on relevant factors section of brief | 2.9 | |
| 7/9/2018 | reviewed and incorporated Alli's edits to tipping point argument | 2.1 | |
| 7/9/2018 | additional caselaw research on ESA/BiOps/tipping point | 0.7 | |
| 7/9/2018 | additional review of BiOp for CLF / NM gartersnake | 0.6 | |
| 7/9/2018 | additional edits/additions to brief - tipping point argument | 1.5 | |
| 7/10/2018 | incorporated Alli's edits to ITS argument | 2.6 | |
| 7/11/2018 | incorporated Alli's edits to claim 3 arg. | 0.9 | 0.9 |
| 7/11/2018 | drafted remand/vacatur section; related caselaw research | 1.1 | |
| 7/11/2018 | reviewed entire draft brief before sending to Brendan for review | 1.3 | |
| 7/12/2018 | prep for call w/Brendan and Alli; call with Brendan and Alli on brief and next steps | 1 | |
| 7/13/2018 | went through statement of facts to correct and verify all cites to the ARs | 4.7 | |
| 7/13/2018 | emails with Alli and Stu on how best to cite to the ARs | 0.4 | |
| 7/16/2018 | work on updating cites to AR and including SOF cites in SJ opening brief | 3.6 | |
| 7/17/2018 | additional work on updating cites in opening brief | 3.8 | |
| 7/18/2018 | edits to SOF; corrected some missing/wrong cites | 1.7 | |
| 7/18/2018 | prepared index of key AR docs for both SOF and brief | 2 | |
| 7/18/2018 | updated and edits brief to make consistent with SOF | 0.8 | |

| Date | Description | Hours | Hours2 |
|---|---|---|---|
| 7/18/2018 | emails to Randy S. and Roger w/drafts of brief, with explanation for their review | 0.3 | |
| 7/19/2018 | review of Corps FOIA response docs | 2.5 | |
| 7/19/2018 | additional review of FWS AR docs | 1.1 | |
| 7/19/2018 | review of FWS AR email docs and Alli's notes on her review | 3.9 | |
| 7/19/2018 | emails w/Alli on questions and findings from AR review | 0.4 | |
| 7/20/2018 | review of AR docs re private wells and whether considered by agencies along w/ mine | 3.5 | |
| 7/23/2018 | additional review of AR docs re private wells | 1.3 | |
| 7/23/2018 | drafted new section of brief on private wells/relevant factors and emailed to Alli | 3 | |
| 7/24/2018 | began final extensive edits to jaguar section of brief | 2.2 | |
| 7/25/2018 | edits and additions to jaguar section of brief | 2.5 | |
| 7/26/2018 | edits and additions to SOF | 1 | |
| 7/26/2018 | research ARs to determine best maps/exhibits/prepared for SOF | 2.3 | |
| 7/26/2018 | work on tipping point argument | 2.7 | |
| 7/27/2018 | edits to and work on toxic pollution argument | 2.5 | |
| 7/27/2018 | edits to and work on private wells / cumulative effects argument | 3 | |
| 7/30/2018 | edits and additons to mitigation measures arg; including additional review of AR docs | 3.9 | |
| 7/31/2018 | edits to ITS section of brief | 2.2 | |
| 7/31/2018 | shorten legal and factual background | 1.2 | |
| 7/31/2018 | minor edits to brief prior to sending to Alli for review | 0.5 | |
| 8/2/2018 | incorporated Alli's latest edits to brief | 1.1 | |
| 8/2/2018 | conf. call with Alli and Brendan; follw up emails with Alli | 1.1 | |
| 8/3/2018 | sent draft SJ brief to Stu, Dinah, and Randy for review | 0.3 | |
| 8/6/2018 | revisions to SOF and made shorter / more concise | 2.5 | |
| 8/7/2018 | review of AR docs for key docs index, added to index | 1.5 | |
| 8/8/2018 | began final review of SOF; including checking cites for accuracy | 3.5 | |
| 8/9/2018 | continued final review of SOF | 4 | |
| 8/14/2018 | reviewed and incorporated Brendan's edits; drafted new intro | 2.5 | |
| 8/14/2018 | additional edits based on Brendan's thoughts; related emails with Alli | 0.6 | |
| 8/15/2018 | final review of Russ' dec; email to Alli | 0.4 | |
| 8/15/2018 | review of Stu's comments on brief; related emails with Alli | 0.5 | |
| 8/16/2018 | edits to jaguar section, based on comments from Stu and additional research | 1.9 | |
| 8/16/2018 | edits to mitigation measures argument, based on comments from Stu | 2.1 | |
| 8/17/2018 | edits to ITS argument, based on comments from Stu | 2.4 | |
| 8/16/2018 | emails with Alli on SOF | 0.2 | |
| 8/20/2018 | edits to Brendan's sections of brief | 1.8 | |
| 8/20/2018 | emails with Alli on SOF and draft brief | 0.3 | |
| 8/21/2018 | reviewed/edited brief to shorten and make more concise, avoid repetition, etc | 3 | |
| 8/21/2018 | final review of and edits to SOF, sent to Alli | 2.3 | |
| 8/21/2018 | final review of and edits to SJ motion, sent to Alli | 0.3 | |
| 8/21/2018 | final edits to Section D, relevant factors | 2.1 | |
| 8/22/2018 | final review and edits to brief | 4.5 | |
| 8/23/2018 | added additional facts to jaguar sections; worked to shorten other sections | 2.5 | |
| 8/23/2018 | additional review of brief; edits | 3 | |
| 8/23/2018 | additional work to shorten brief | 1.3 | |
| 8/23/2018 | emails with Alli on status and next steps | 0.5 | |
| 8/24/2018 | final review of all docs to make sure ready for filing | 1.4 | |
| 8/24/2018 | conf. call and related emails with Alli and Elise on remaning work needed on brief | 1 | |
| 8/24/2018 | finished up work on final edits to brief and TOC/TOA; prepared brief for filing | 1.2 | |
| 8/24/2018 | filed all docs and send docs to Center staff | 0.5 | |
| 9/4/2018 | initial review Rosemont's SJ motion, memo and SOF | 2.8 | 2.8 |
| 9/4/2018 | emails w/Alli on next steps / divison of labor for our response | 0.4 | 0.4 |
| 9/4/2018 | began review of cases and documents cited in Rosemont's brief | 1.5 | 1.5 |
| 9/5/2018 | began work on our response to Rosemont's opening brief - facts/ESA/standard | 1.7 | 1.7 |
| 9/5/2018 | research and work on our repsonse - importance of CH | 1 | 1 |
| 9/5/2018 | research and work on our response - occupied habitat | 2.5 | 2.5 |

| Date | Description | Hours | Hours |
|---|---|---|---|
| 9/6/2018 | continued work on response - occupied habitat | 2.9 | 2.9 |
| 9/7/2018 | work on our statement of facts; emailed to Nicole at DOJ | 3.3 | 3.3 |
| 9/10/2018 | work on response - reorganized the draft so far; added to background / facts | 1.4 | 1.4 |
| 9/10/2018 | work on response - unoccupied habitat arguments for Santa Ritas | 2.8 | 2.8 |
| 9/11/2018 | work on response - 4b/unoccupied | 3.9 | 3.9 |
| 9/11/2018 | began outlining remaining issues for response | 0.4 | 0.4 |
| 9/12/2018 | additional work on response brief - recovery plan / recovery units | 3.5 | 3.5 |
| 9/13/2018 | additional work on response brief - expansion of habitat argument | 4 | 4 |
| 9/13/2018 | research on conservation status review, jaguar related notices/facts; emails to staff | 1.2 | 1.2 |
| 9/14/2018 | went through draft brief; added arguments and initial edits | 3.8 | 3.8 |
| 9/14/2018 | additional edits to brief; emailed to John, Brendan and Alli for their initial review | 1.6 | 1.6 |
| 9/17/2018 | review of draft SOF to show how it compares to initial draft from DOJ | 0.6 | 0.6 |
| 9/18/2018 | research on facts and jaguar sightings in AZ; related emails with Randy and Michael | 2.2 | 2.2 |
| 9/19/2018 | began edits to brief - occupancy | 2 | 2 |
| 9/19/2018 | edits to brief - background & ESA; facts | 0.7 | 0.7 |
| 9/19/2018 | edits to brief - reside v. occupancy | 1.7 | 1.7 |
| 9/20/2018 | edits to brief - habitat features - Unit 3 | 2.9 | 2.9 |
| 9/20/2018 | edits to brief - essential to conservation - Unit 3 | 2.3 | 2.3 |
| 9/21/2018 | edits to brief - NW Recovery Unit | 2.1 | 2.1 |
| 9/21/2018 | edits to brief - expansion of range | 1.5 | 1.5 |
| 9/21/2018 | sent draft to co-counsel and Center staff for review | 0.3 | 0.3 |
| 9/24/2018 | began working on and editing Alli's initial draft of our response to Rosemont's SOFs | 3.8 | 3.8 |
| 9/25/2018 | work on SOF response | 2.9 | 2.9 |
| 9/25/2018 | work on SOF response | 2.5 | 2.5 |
| 9/26/2018 | work on SOF response | 4.8 | 4.8 |
| 9/27/2018 | work on SOF response | 3 | 3 |
| 9/28/2018 | work on SOF response | 2.5 | 2.5 |
| 10/3/2018 | reviewed and incorporated Alli's edits to opposition brief | 1.9 | 1.9 |
| 10/3/2018 | began final time making substantial edits to brief, section by section | 3 | 3 |
| 10/4/2018 | continued making substantive edits to brief | 3.2 | 3.2 |
| 10/4/2018 | additional edits to brief | 1.5 | 1.5 |
| 10/8/2018 | edits to our response to Rosemont's SOF | 3.1 | 3.1 |
| 10/8/2018 | edits to combined SOF w/DOJ on cross claims; related emails w/Alli | 2.7 | 2.7 |
| 10/9/2018 | incorporated John, Alli, and Michael's round of edits; related research for response brief | 3.9 | 3.9 |
| 10/10/2018 | review of Michael's edits to SOF; emailed to Nicole at DOJ | 0.5 | 0.5 |
| 10/10/2018 | began final edits and cite check - last 3 sections | 3.6 | 3.6 |
| 10/11/2018 | final edits / review of combined SOF; email to DOJ | 0.3 | 0.3 |
| 10/11/2018 | helped w/inserting SOF cites into brief | 0.5 | 0.5 |
| 10/11/2018 | phone conf. w/Ellise and Alli on final steps | 0.3 | 0.3 |
| 10/11/2018 | began work on TOC/TOA for our response brief | 2 | 2 |
| 10/11/2018 | final review of brief; emailed final edits to Alli | 2.4 | 2.4 |
| 10/12/2018 | emails with Alli on filing related questions | 0.4 | 0.4 |
| 10/13/2018 | initial quick review of DOJ and Rosemont's filings and related email to Brendan & Alli | 0.5 | |
| 10/15/2018 | read DOJ and Rosemont's briefs | 1.4 | |
| 10/15/2018 | additional review of "likely" argument, began draft argument for reply | 2.5 | |
| 10/16/2018 | initial review of DOJ/Rosemont combined SOF and related emails with Alli | 1.9 | |
| 10/16/2018 | additional review of tipping point argument and began draft arg. for reply | 3.4 | |
| 10/17/2018 | began working on response to Def and Int Joint SOF | 3 | |
| 10/17/2018 | continued work on Joint SOF response | 3.5 | |
| 10/18/2018 | review of relevant factors/private gw pumping sections of all briefs; gather facts from ARs | 0.8 | |
| 10/18/2018 | initial draft of our response on relevant factors / private wells | 2.5 | |
| 10/19/2018 | review of toxic pollution section of briefs; initial draft of toxic pollution response | 4.4 | |
| 10/19/2018 | work on Joint SOF response | 1.5 | |
| 10/20/2018 | additional work on Joint SOF response | 2.2 | |
| 10/21/2018 | additional work on Joint SOF response | 1.4 | |

| Date | Description | Hours | Hours2 |
|---|---|---|---|
| 10/29/2018 | reviewed ITS arguments from all 3 briefs | 1 | |
| 10/29/2018 | tracked down relevant facts and caselaw (ITS) | 0.5 | |
| 10/29/2018 | began drafting ITS response briefing | 3.3 | |
| 10/30/2018 | additional work on ITS response; sent to Alli for review | 4.8 | |
| 10/31/2018 | work on our second jaguar argument and related research | 3.5 | |
| 10/31/2018 | additional work on jaguar argument; sent to Alli | 3.3 | |
| 11/1/2018 | work on mitigation measures argument; emailed to Alli | 3.9 | |
| 11/2/2018 | edits to FS violation and remedy sections of response brief; related caselaw research | 1.3 | |
| 11/2/2018 | incorporated Alli's edits into brief | 1.8 | |
| 11/2/2018 | final review of initial draft; sent around for review | 2 | |
| 11/5/2018 | work on responses to combined SOF | 2.5 | |
| 11/5/2018 | additional work on responses to combined SOF | 3 | |
| 11/5/2018 | additional work on responses to combined SOF | 1.6 | |
| 11/6/2018 | Additional responses to combined SOF | 2.5 | |
| 11/6/2018 | began review of Alli's draft responses; edits | 2.3 | |
| 11/7/2018 | additional review of Alli's draft responses; edits | 3 | |
| 11/8/2018 | review & edits to jaguar 1 argument - likely v highly probable | 3.8 | |
| 11/9/2018 | review and edits to jaguar 2 argument | 3.5 | |
| 11/10/2018 | review and edits to tipping point argument | 3.3 | |
| 11/11/2018 | review and edits to mitigation measures argument | 2.2 | |
| 11/12/2018 | review and edtis to relevant factors arguments and related research | 4 | |
| 11/12/2018 | read through brief and began making cuts | 1.5 | |
| 11/12/2018 | email to Brendan on next steps | 0.2 | |
| 11/13/2018 | review and edits to ITS section; additional review of BiOp and other docs from AR | 2.9 | |
| 11/13/2018 | emails with Alli on ITS and additional research from AR | 0.5 | |
| 11/13/2018 | began editing brief to make it more concise and under word limit | 4 | |
| 11/13/2018 | additional edits to brief to get under word limit and make more clear/concise | 3.3 | |
| 11/14/2018 | added SOF cites to brief; emails with Alli on next steps | 0.9 | |
| 11/14/2018 | final review of and edits to brief | 2.9 | |
| 11/14/2018 | began cite checking and insuring all is accurate; minor edits - through p. 10 | 3.5 | |
| 11/15/2018 | continued cite checking and minor edits | 3 | |
| 11/15/2018 | cite checking / edits through remainder of brief | 3.3 | |
| 11/16/2018 | final review of response to Joint SOF | 1.5 | |
| 11/16/2018 | final review of brief | 1.6 | |
| 11/16/2018 | emails w/Alli and Elise on filing and formatting, etc | 0.5 | |
| 11/16/2018 | filed and sent around to Center staff | 0.4 | |
| 11/21/2018 | reviewed all briefs on Rosemont's cross claims; email to Alli on our reply brief | 2.9 | 2.9 |
| 11/26/2018 | review of Rosemont brief; began on reply brief re: "occupancy" arguments | 2.8 | 2.8 |
| 11/27/2018 | work on reply brief - occupancy arguments and related research | 3.5 | 3.5 |
| 11/28/2018 | reply brief - occupancy arguments and related research | 1.7 | 1.7 |
| 11/28/2018 | reply brief - section 4b arguments | 2.5 | 2.5 |
| 11/29/2018 | reply brief - Section III NW Recovery Unit argument | 2.9 | 2.9 |
| 11/30/2018 | edits to PCE argument and other sections of reply | 1.3 | 1.3 |
| 11/30/2018 | emails with Alli on the reply | 0.4 | 0.4 |
| 11/30/2018 | research and review additional potential argument for reply | 0.3 | 0.3 |
| 12/4/2018 | began final review and edits to intro and Section I.A; related research of AR docs | 3.8 | 3.8 |
| 12/5/2018 | final review of Section I.B and related research | 1.4 | 1.4 |
| 12/5/2018 | final review of Section I.C and review of Alli's draft arguments; related research | 3 | 3 |
| 12/6/2018 | research on the scientific reports cited in Recovery Outline & attached by Rosemont | 1.1 | 1.1 |
| 12/6/2018 | additional edits and review of draft brief; related emails with Alli | 3.7 | 3.7 |
| 12/7/2018 | final edits and review of draft reply brief; sent around for feedback | 2.4 | 2.4 |
| 12/12/2018 | review of edits from Michael, Randy & John; began incorporating John's edits/comments | 2.5 | 2.5 |
| 12/13/2018 | research and respond to John's comments and edits | 2.1 | 2.1 |
| 12/13/2018 | final review and edits; related emails with Alli on final edits | 1.8 | 1.8 |
| 12/13/2018 | email to Elise on next steps; follow up with Alli | 0.2 | 0.2 |

| Date | Description | Hours | Hours2 |
|---|---|---|---|
| 12/19/2018 | review of Rosemont's supplemental authority & Weyerhauser and Alli's draft response | 0.8 | 0.8 |
| 12/19/2018 | edits to Alli's revised response to supplemental authority | 1.1 | 1.1 |
| 12/19/2018 | email to John and Collette on Rosemont's supplemental authority | 0.3 | 0.3 |
| 12/20/2018 | reviewed edits from Collette and John; edits to our response | 0.8 | 0.8 |
| 3/12/2019 | review of 2016 BiOp, 2013 BiOp and 2018 LOC re: mitigation measures / Pantano Dam | 2 | |
| 3/13/2019 | review of docs on mitigation measures / Pantano Dam measure; email to Alli & Brendan | 1 | |
| 3/20/2019 | conf. call w/Roger, Alli, Stu, Heidi on potential need for PI/TRO motion | 0.5 | |
| 3/20/2019 | conf. call with all counsel to discuss upcoming ground disturbing activities; next steps | 0.5 | |
| 3/20/2019 | emails with co-counsel and Center staff on today's call w/opposing counsel; next steps | 0.6 | |
| 3/22/2019 | calls & emails wRoger on responses to DOJ and Rosemont notices; next steps on hearing | 0.5 | |
| 3/25/2019 | review/edits to motion for hearing; related emails w/co-counsel | 0.3 | |
| 3/27/2019 | reviewed Norm's email on request for hearing date; incorporated into request; related emails | 0.3 | |
| 4/17/2019 | prep for hearing - review docket, orders | 0.6 | |
| 4/18/2019 | status conf. with court | 0.9 | |
| 4/18/2019 | emailed summary of hearing to staff | 0.3 | |
| 4/30/2019 | email to Brendan on status / PI motion | 0.2 | |
| 5/3/2019 | discussed PI motion w/Brendan and Alli; follow up emails with Alli | 0.7 | |
| 5/6/2019 | work on PI brief | 2.5 | |
| 5/6/2019 | research of AR docs for additional support from other agencies/County for PI brief | 2.7 | |
| 5/7/2019 | additional edits to PI brief; sent to Alli | 1.3 | |
| 5/8/2019 | addidtional review of PI brief before sending to others to review | 0.9 | |
| 5/13/2019 | final reiew of and edits to PI motion and proposed order; email to Alli | 0.5 | |
| 5/13/2019 | additional caselaw research on ESA PI cases for brief | 0.4 | |
| 5/13/2019 | final review of, edits / additions to PI brief | 3.3 | |
| 5/14/2019 | final edits and review to motion and proposed order; sent to Alli | 0.3 | |
| 5/14/2019 | final edits and review of Fink Dec, sent to Alli | 0.2 | |
| 5/14/2019 | final review of PI memo and notes to Alli for final corrections | 0.7 | |
| 5/15/2019 | final review of all PI docs; related emails with Alli on last minute corrections/edits | 1.8 | |
| 6/6/2019 | initial review of Rosemont's brief and filings | 1.8 | |
| 6/6/2019 | initial review of fed Defs briefs and filings | 1.9 | |
| 6/6/2019 | caselaw research on the new cases cited by Defs and Rosemont | 0.5 | |
| 6/6/2019 | conf. call with Roger and Alli on reply brief | 0.9 | |
| 6/6/2019 | began work on portion of reply brief | 1.5 | |
| 6/7/2019 | researched and drafted a portion of reply brief | 2 | |
| 6/7/2019 | edited Alli's section on cactus for reply | 0.4 | |
| 6/7/2019 | emails with Alli on jaguar/CLF | 0.4 | |
| 6/7/2019 | additional research for reply | 0.5 | |
| 6/8/2019 | additional review of defs briefs and supporting materials; emailed thoughts to Roger | 1.6 | |
| 6/9/2019 | edits and additions to endangered species arguments of reply; email to Roger | 2.3 | |
| 6/10/2019 | review of/edits to entire draft brief; emailed to Roger and Alli | 2.9 | |
| 6/10/2019 | emails/phone calls with Roger on my edits and additional questions/comments on reply | 0.4 | |
| 6/10/2019 | review of new draft; emailed edits to Alli and Roger | 0.5 | |
| 6/11/2019 | emails/calls with Roger on reply brief | 0.7 | |
| 6/11/2019 | review of new draft; made additional edits; emailed to Alli and Roger | 0.8 | |
| 6/12/2019 | final review of brief and related emails with Roger and Alli | 1 | |
| 7/18/2019 | review of new order on SJ hearing / PI hearing; related emails w/Roger and Center staff | 0.3 | |
| 7/19/2019 | review of briefs and cases and docs on jaguar; developed outline for hearing | 4 | |
| 7/19/2019 | review of briefs, cases, docs on tipping point/gartersnake, developed hearing outline | 2.5 | |
| 7/20/2019 | review of briefs, cases, docs on ITS, developed outline for hearing | 3 | |
| 7/20/2019 | review of briefs, cases, docs on mitigation measures, developed outline for hearing | 1.4 | |
| 7/20/2019 | review of briefs, cases, docs on relevant factors, developed outline for hearing | 0.9 | |
| 7/21/2019 | review of briefs & cases on Claims 3 & 4 to have response ready for hearing | 2.1 | 2.1 |
| 7/21/2019 | review Alli's outline for cross claims; edits | 0.8 | 0.8 |
| 7/21/2019 | edits/revisions to outline for hearing | 1.5 | |
| 7/21/2019 | drive to MSP | 2.5 | 1.25 |

| Date | Description | Hours | Travel |
|---|---|---|---|
| 7/22/2019 | travel to Tucson | 5 | 2.5 |
| 7/22/2019 | prep for hearing; related emails w/Alli on various sections of outline; revised outline | 4 | |
| 7/22/2019 | additional prep for hearing and review of cases and outline | 1.8 | |
| 7/23/2019 | SJ hearing; related discussions during breaks and afterwards with Center staff and Alli | 3.5 | |
| 7/24/2019 | travel home | 8 | 4 |
| 7/29/2019 | legal research and began draft of motion for inj. pending appeal in case we lose | 4.4 | |
| 7/30/2019 | continued work on inj. pending appeal | 3 | |
| 7/30/2019 | edits/revisions to motion for inj. pending appeal; emailed to others to review | 1.3 | |
| 8/8/2019 | review of DOJ email re: stay motion | 0.1 | |
| 8/8/2019 | emails w/co-counsel and related caselaw research on response to motion to stay | 0.7 | |
| 8/9/2019 | resonded to DOJ on motion to stay; related emails w/co-counsel | 0.3 | |
| 8/9/2019 | reviewed fed defs' motion for stay; began drafting response | 2.5 | |
| 8/9/2019 | additional research on opposition to motion for stay; finished initial draft response | 1.8 | |
| 8/12/2019 | emaisl w/co-counsel, Roger and Stu on draft response to motion for stay | 0.3 | |
| 8/13/2019 | final review & edits; cite check; for response to motion for stay | 1.2 | |
| 8/13/2019 | finalized opposition and proposed order for filing; filed; emailed proposed order to ct. | 0.7 | |
| 8/14/2019 | prepared draft notice of supp. authority re new FWS Rule; related emails w/co-counsel | 0.9 | |
| 10/25/2019 | reviewed fed defs notice of supptl info re stay & exhibits & related docs, emails with Brendan and | 0.7 | |
| 10/25/2019 | emails with Brendan & Alli on our response to Fed Defs' notice | 0.2 | |
| 10/25/2019 | drafted a response to Fed Defs' Notice; related emails with Brendan & Alli | 0.3 | |
| 10/25/2019 | filed our response to Fed defs' Notice; related emails wAlli and Elise on related requirements | 0.2 | |
| 2/10/2020 | reviewed court's decision on SJ motions; emailed summary to co-counsel and staff | 1 | |
| 2/10/2020 | work on press release, and other press related work on SJ decision | 2.5 | 2.5 |
| 2/12/2020 | reviewed FRCP and EAJA, drafted motion to extend deadline on fees | 0.7 | |
| 2/14/2020 | finalized the motion to extend deadline on fee mtn, filed, emailed proposed order to ct. | 0.4 | |
| 4/13/2020 | emails with Alli & Brendan on Rosemont's notice of appeal; next steps re attny fees | 0.3 | |
| 4/14/2020 | compiled hours, discussed legal research needs with Elise | 0.5 | |
| 4/14/2020 | review of my hours | 0.4 | |
| 4/15/2020 | preliminary research on market rates in AZ; related emails with other attorneys | 1.3 | |
| 4/16/2020 | additional research on market rates, related emails with Alli, Elise, and Roger | 0.4 | |
| 4/16/2020 | emails with Alli on local rules, rates, and next steps re fee letter and fee motion | 0.4 | |
| 4/20/2020 | finalized my hours and expenses for fee letter | 1.5 | |
| 4/20/2020 | emaisl with Alli and other Center attorneys for last remaining issues for fee letter | 0.3 | |
| 4/20/2020 | final review of fee letter and all attachments | 0.4 | |
| 4/22/2020 | reviewed Andrew's email with initial response to fee letter; related emails with Alli | 0.2 | |
| 4/22/2020 | tracked down examples to provide Andrew; responded | 0.1 | |
| 4/22/2020 | reviewed local rules for fee motions, edited and added to my fee declaration | 0.5 | |
| 4/27/2020 | reviewed/edited our fee motion and stip/joint mtn for stay of fee motion; emails w/Alli | 0.8 | |
| 4/28/2020 | updated hours and fee declaration; email to Brendan and John re fee motion/dec. | 0.3 | |
| 5/1/2020 | final review/edits to stip/mtn for stay; edits to fee mtn; related emails w/Alli, sent to DOJ | 0.5 | |
| 5/4/2020 | emails to co-counsel to finalize decs/timsheets for filing; finalized my dec/timesheet | 0.4 | |
| 5/8/2020 | finalized all fee motion related filings for filing; filed | 0.5 | |
| | Totals | 813.5 | 221.85 |

Hourly rage: $425

Total hours: 591.65

Total fees: $251,451.25

**Center for Biological Diversity v. U.S. Fish and Wildlife Service, et al.,**

**No. 4:17-cv-00475-TUC-JAS (Lead)**
**No. 4:17-cv-00576-TUC-JAS (C)**
**No. 4:18-cv-00189-TUC-JAS (C)**

**EXHIBIT B2**
**Reasonable Litigation Costs and Expenses**

**Plaintiff Center for Biological Diversity's Reasonable Litigation Costs and Expenses**
*Center for Biological Diversity v. United States Fish and Wildlife Service*,
No. CV-17-00475-TUC-JAS (L)

| Date/Purpose | Billing Item Description | Amount |
| --- | --- | --- |
| April 2019 Hearing | Fink's expenses (airfare, hotel, parking, car rental) | $ 633.56 |
| July 2019 Oral Argument | Fink's expenses (airfare, hotel, parking, car rental) | $ 884.98 |
| July 2019 Oral Argument | Melton's expenses (airfare, hotel) | $ 641.32 |
| Bill of Costs | BOC total as filed 2/11/2020 | $ 1,112.91 |
| | **Total** | **$ 3,272.77** |

1