**Center for Biological Diversity v. U.S. Fish and Wildlife Service, et al.,**

**No. 4:17-cv-00475-TUC-JAS (Lead)**
**No. 4:17-cv-00576-TUC-JAS (C)**
**No. 4:18-cv-00189-TUC-JAS (C)**

**EXHIBIT D**
**Declaration of Brendan Cummings in Support of Motion for Attorneys' Fees, Costs, and Expenses**

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
1212 Broadway #800
Oakland, CA 94612
Phone: 510-844-7100
Email: bcummings@biologicaldiversity.org

Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Phone: 218-464-0539
Email: mfink@biologicaldiversity.org

Allison N. Melton (CO Bar No. 45088)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: 970-309-2008
Email: amelton@biologicaldiversity.org

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION**

| | |
|---|---|
| Center for Biological Diversity,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. Fish and Wildlife Service, *et. al.*,<br><br>    Federal Defendants,<br><br>    and<br><br>Rosemont Copper Company,<br><br>    Defendant-Intervenor. | No. 4:17-cv-00475-TUC-JAS (Lead)<br>No. 4:17-cv-00576-TUC-JAS (C)<br>No. 4:18-cv-00189-TUC-JAS (C)<br><br>DECLARATION OF BRENDAN CUMMINGS IN SUPPORT OF MOTION FOR ATTORNEYS FEES, COSTS, AND EXPENSES |

I, Brendan Cummings, declare:

1.  I am the Conservation Director at Center for Biological Diversity (the "Center"), the non-profit plaintiff organization that brought the above-captioned case. I submit this declaration in support of Plaintiffs' Motion for Award of Attorneys' Fees and Costs, submitted herewith. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2.  When this lawsuit was filed on September 25, 2017, and as of the date of this declaration, the Center was and remains a 28 U.S.C. § 501(c)(3) tax-exempt organization that does not employ more than 500 employees. Consequently, the Center meets the definition of an eligible party under the Equal Access to Justice Act. 28 U.S.C. § 2412(d)(2)(B)(ii).

3.  I am currently Senior Counsel and Conservation Director for the Center. In my two decades working with the Center I have held various titles and positions with the organization, including Staff Attorney, Senior Attorney, Senior Counsel, Oceans Program Director, Public Lands Program Director, Director of the Strategic Litigation Group, and Conservation Director. In my current role at the Center, I oversee all aspects of our conservation work, including any litigation. I also am more directly involved as a litigator in some of our more complicated or organizationally-important litigation, including the instant case.

4.  I am licensed to practice law in all state and federal courts in California, as well as in the United States Courts of Appeals for the Ninth and District of Columbia Circuits, and the Court of International Trade. I have also previously appeared *pro hac vice* in this District as well as the District Court for the District of Columbia.

5.  I graduated from the University of California at Berkeley, Boalt Hall School of Law in 1997. I focused on environmental law, civil rights, and criminal defense. In 1997, I was awarded the American Jurisprudence Award for Biodiversity and the Law. After being admitted to the California bar I started my own law practice, initially working on a wide range of environmental, civil rights, and criminal defense

cases. In subsequent years my practice narrowed, and I focused almost exclusively on environmental cases brought under such statutes as the Endangered Species Act (ESA), the National Environmental Policy Act (NEPA), and the Marine Mammal Protection Act (MMPA), representing the Center first as outside counsel and then as in-house counsel for the organization.

6. Since becoming a lawyer, I have been counsel of record on dozens of environmental cases. I have particular expertise in the ESA, having been lead or co-counsel in upwards of fifty cases involving the statute. In these cases, I have been involved in every aspect of litigation, ranging from brief-writing, examining witnesses at depositions or trial, to arguing at the 9th Circuit (*e.g. Turtle Island Restoration Network, et al., v National Marine Fisheries Service*, 340 F.3d 969 (9th Cir. 2003)). In addition to litigation, I have published articles on the ESA in books, law reviews and other publications, have given ESA presentations at law conferences and law schools, and been a keynote speaker at a Wildlife Society conference on the statute.

7. In the course of my practice I have been awarded fees on numerous occasions. These awards have occasionally come through court order when entitlement was disputed (*e.g. Environmental Protection Information Center v. Pacific Lumber Company, et al.*, 229 F. Supp. 2d 993 (N. Dist Cal. 2002), *affirmed* by 103 Fed. Appx. 627 (9th Cir. 2004); *Center for Biological Diversity v. Marina Point Dev. Assocs.*, 2007 U.S.Dist.LEXIS 107611 (C.D. Cal. Jan. 22, 2007, No. CV 04-7036 (R) RZx)), but much more frequently through settlement. My cases have been in various jurisdiction, and as a result my rates have varied considerably depending on the local market rates of the community where a given case was litigated. Based upon my understanding of market rates for attorneys in the Tucson market with similar levels of experience and expertise, I am requesting to be compensated at an hourly rate of $425/hour for my time. I believe this rate is reasonable and within the market rate for attorneys with similar expertise and experience in Arizona, and much lower than the equivalent rates in California where I reside.

8. I have been involved in developing and litigating the instant case regarding the 2016 Rosemont biological opinion since the predecessor biological opinion was released in 2013. I was lead counsel for the project in 2016 when the challenged biological opinion was released. At the time I directed the Center's Strategic Litigation Group, which focused on priority litigation for the organization. My co-counsel in this case, Marc Fink, was also in the Strategic Litigation Group at the time and directly reported to me. In late 2016, due to a change in organizational structure, I became Conservation Director and Mr. Fink became Public Lands Legal Director. In my new role I had less time for litigation and consequently passed primary responsibility for the case to Mr. Fink. I have, however, remained deeply engaged in the case, primarily in an advisory or supervisorial role, but also continuing to review, edit and/or draft portions of the briefs.

9. A true and correct copy of my contemporaneous time records for this case is attached. I have carefully reviewed these time records to ensure that all tasks and hours are accurate, reasonable, of the type normally billed to clients, and not redundant with work performed by co-counsel. I believe that the tasks and hours were all reasonably spent and necessary to the prosecution of this case. In the exercise of billing discretion, I have omitted time that was spent prior to 2016, solely or primarily on Rosemont Mining Company's cross-claims, or the related NEPA and Clean Water Act cases, as well as on work that was not directly litigation-related (e.g. press or coalition communications).

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of May, 2020, in Joshua Tree, California.

_____
Brendan Cummings

4

**Center for Biological Diversity v. U.S. Fish and Wildlife Service, et al.,**

**No. 4:17-cv-00475-TUC-JAS (Lead)**
**No. 4:17-cv-00576-TUC-JAS (C)**
**No. 4:18-cv-00189-TUC-JAS (C)**

**EXHIBIT D1**
**Timesheet of Brendan Cummings in Support of Motion for Attorneys' Fees, Costs, and Expenses**

Brendan Cummings-Rosemont BiOp Challenge

(Does not include hours from 2013, 2014, 2015 related to litigation preparation over October 30, 2013 Biological Opinion and subsequent reinitiation of consultation)

| Date | Activity | Time | Rate | Amount |
|---|---|---|---|---|
| 1/25/16 | Emails, document review re potential claim to anticipated new BiOp | 0.5 | $425 | |
| 1/29/16 | Review caselaw/law reviews on destroy/adverse mod; emails re same | 1.5 | | |
| 2/5/16 | Read new FWS destroy/adverse mod rule; emails re same and implications for Rosemont | 1.0 | | |
| 2/8/16 | Emails w/ MF and RS re BiOp schedule | 0.2 | | |
| 2/29/16 | Emails re Hudbay delay and BiOp schedule | 0.1 | | |
| 4/20/16 | Emails re impending BiOp, litigation plans | 0.2 | | |
| 4/21/16 | Emails/calls w/RS re BiOp release, litigation plans | 0.5 | | |
| 4/22/16 | Emails/calls w/RS re BiOp release, litigation plans | 1.0 | | |
| 4/25/16 | Review documents related to Rosemont; emails w/RS re schedule | 0.8 | | |
| 4/27/16 | Review article on Rosemont schedule | 0.2 | | |
| 5/2/16 | Review docs (2013 BiOp and underlying docs; reinitiation docs; NEPA docs); emails/call w/RS and MF re same | 3.4 | | |
| 5/3/16 | Review 2016 BiOp; emails re same | 3.0 | | |
| 5/4/16 | Review 2016 BiOp; emails re same | 2.5 | | |
| 5/9/16 | Review BiOp, related docs; emails re same | 1.3 | | |
| 5/10/16 | Call w/RF re BiOp; continue review of doc | 1.8 | | |
| 5/11/16 | Emails re BiOp record, FOIA docs | 0.4 | | |
| 5/13/16 | Emails w/RF, MF re BiOp challenge | 0.2 | | |
| 5/17/16 | Call with coalition lawyers; review BiOp; research NMGS CH status; emails re same | 3.5 | | |
| 5/31/16 | Review docs re jaguar; emails re same | 1.7 | | |
| 6/2/16 | Emails re MF re BiOp | 0.4 | | |
| 6/7/16 | Review/highlight BiOp; notes/emails re same | 1.5 | | |
| 6/9/16 | Review/edit draft NOI | 0.8 | | |
| 6/16/16 | Research re CH claims | 2.0 | | |
| 6/19/16 | Draft common interest agreement | 0.9 | | |
| 6/25/16 | Draft/Edit NOI | 2.5 | | |
| 6/26/16 | Draft/edit NOI; emails w/JB, TS, RS, MF re same | 3.6 | | |
| 6/27/16 | Edit NOI, email re same | 1.6 | | |
| 6/28/16 | Emails re NOI claims, timing; edit NOI | 0.5 | | |
| 6/29/16 | Finalize and file NOI, emails re same | 1.5 | | |
| 7/5/16 | Emails re litigation strategy/timing w/ MF, RF, RS | 0.5 | | |
| 7/17/16 | Review record docs re BiOp | 0.7 | | |
| 7/28/16 | Emails re ACE recommendation, impact on timing of BiOp suit | 0.4 | | |
| 8/12/16 | Review FWS/USFS docs; emails to MF, RF, DS re same; edit common interest agreement, emails re same | 2.3 | | |
| 8/15/16 | Emails w/ MF, RS re complaint | 0.4 | | |
| 10/3/16 | Review/edit draft complaint | 1.3 | | |
| 10/12/16 | Emails re Hudbay schedule, complaint schedule | 0.3 | | |

| Date | Description | Hours | Rate | |
|---|---|---|---|---|
| 10/14/16 | Review/edit draft complaint | 3.5 | | |
| 10/20/16 | Emails re complaint finalization and filing date | 0.8 | | |
| 10/21/16 | Emails re complaint finalization and filing date | 1.3 | | |
| 10/24/16 | Calls/emails w/RS, MF re complaint, status of ACE permit | 0.5 | | |
| 1/7/17 | Emails w/MF, RS re ACE permit status, timing of BiOp suit | 0.3 | $425 | |
| 4/7/17 | Emails w/MF, RS re ACE permit/ROD status, timing of BiOp suit | 0.2 | | |
| 5/3/17 | Call with co-counsel/coalition re ROD schedule, litigation timing; emails re same | 1.2 | | |
| 5/9/17 | Emails re USFS ROD timing and NOI, case timing, record issues | 0.7 | | |
| 5/10/17 | Call w/MF, AM re NOI, case timing; emails re same | 0.9 | | |
| 5/23/17 | Call/emails re USFS ROD, supplemental NOI | 0.5 | | |
| 6/8/17 | Review supplemental NOI, emails re same | 0.4 | | |
| 6/30/17 | Call w/MF, AM re complaint, emails re same | 0.8 | | |
| 8/23/17 | Review updated complaint | 0.6 | | |
| 9/8/17 | Emails w/MF re BiOp and jaguar | 0.3 | | |
| 9/15/17 | Emails w/MF re BiOp and jaguar, garter snake | 0.3 | | |
| 9/16/17 | Review updated complaint, emails re same | 0.7 | | |
| 9/18/17 | Emails re case filing, claims; review filing docs | 0.6 | | |
| 9/19/17 | Calls/email with co-counsel/client re claims | 1.3 | | |
| 9/24/17 | Final review, edits on complaint, emails re same | 2.1 | | |
| 10/30/17 | Emails MF, AM re schedule | 0.2 | | |
| 11/3/17 | Emails re CMC | 0.2 | | |
| 11/16/17 | Emails re intervention | 0.2 | | |
| 11/21/17 | Emails w/NF, AM, JB re intervention | 0.2 | | |
| 11/22/17 | Call/emails w/ co-counsel re intervention | 1.0 | | |
| 12/6/17 | Emails re claims, page limits, record | 0.4 | | |
| 12/8/17 | Emails re Rule 16 report | 0.2 | | |
| 12/12/17 | Review Rule 16 report, emails re same | 0.3 | | |
| 12/13/17 | Draft, file PHV | 0.3 | | |
| 12/20/17 | Emails re CH claim, CMC | 0.2 | | |
| 2/7/18 | Emails re consolidation | 0.2 | $425 | |
| 2/14/18 | Call with MF, AM, RF re new info, reinitiation; emails re same | 1.2 | | |
| 2/15/18 | Review NOI, emails re same | 0.3 | | |
| 3/22/18 | Call w/ AM, MF re status, important docs; emails re same | 1.1 | | |
| 3/28/18 | Review record supplementation letter; emails re same | 0.4 | | |
| 3/29/18 | Emails re case schedule changes | 0.2 | | |
| 3/30/18 | Emails re case schedule changes | 0.2 | | |
| 4/4/18 | Emails re AR and accidental disclorures | 0.2 | | |
| 4/11/18 | Call w/ MF, AM re record motion, emails re same | 0.6 | | |
| 5/8/18 | Review record issues, brief outline, emails re same | 1.2 | | |
| 5/14/18 | Emails re record dispute | 0.2 | | |
| 6/7/18 | Emails w/ MF, AM re CH claims, MSJ, relief | 0.4 | | |
| 6/28/18 | Emails w/ AM, MF re CH claims | 0.3 | | |
| 7/12/18 | Call w/ MF, AM re claims, arguments, draft brief; emails re same | 1.2 | | |
| 7/15/18 | Review/edit draft brief | 3.5 | | |
| 8/2/18 | Call w/ MF, AM re draft brief, standing decs; emails re same | 1.1 | | |

2

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 8/13/18 | Review/edit draft brief, review standing decs; emails re same | 4.2 | | |
| 8/14/18 | Emails w MF re edits to brief | 0.5 | | |
| 8/18/18 | Draft CH sections of brief | 3.2 | | |
| 8/19/18 | Draft CH sections of brief | 5.7 | | |
| 8/21/18 | Multiple emails re edits to brief | 1.0 | | |
| 8/22/18 | Review/edit brief | 3.6 | | |
| 10/17/18 | Emails w/ MF, AM re SOF | 0.3 | | |
| 10/29/18 | Read opposition briefs | 1.5 | | |
| 11/10/18 | Research draft reply sections on CH | 3.2 | | |
| 11/11/18 | Review all of brief; draft CH sections; edit complete brief | 9.8 | | |
| 11/12/18 | Emails w MF, AM re edits/cuts to brief | 0.5 | | |
| 11/13/18 | Review/edit latest version of brief | 2.2 | | |
| 11/14/18 | Edits to brief; emails re same | 1.2 | | |
| 11/15/18 | Review final edits | 0.6 | | |
| 3/12/19 | Emails re ESA mitigation measure excised from 404 ROD; review docs re same | 0.8 | $425 | |
| 3/13/19 | Emails re potential PI; review/edit ESA NOI to ACE | 1.2 | | |
| 3/26/`19 | Review request for hearing; emails w co-counsel re same | 0.5 | | |
| 4/18/19 | Emails re status conference, next steps | 0.3 | | |
| 5/3/19 | Review draft PI briefs; call w/ MF, AM re same | 0.8 | | |
| 5/8/19 | Emails re PI, status conference | 0.3 | | |
| 5/13/19 | Review PI brief, emails re same | 0.3 | | |
| 5/14/19 | Emails re status conference, PI | 0.2 | | |
| 5/23/19 | Emails re amended complaint | 0.2 | | |
| 5/28/19 | Emails re timing of amended complaint | 0.2 | | |
| 7/21/19 | Review outlines for PI argument, call w/ MF re argument | 0.8 | | |
| 7/31/19 | Skim court decision, emails re same | 0.5 | | |
| 8/1/19 | Read court decision, emails re same | 1.0 | | |
| 8/8/19 | Emails re stay request | 0.2 | | |
| 8/12/19 | Review opp to stay motion; emails re same | 0.3 | | |
| 8/14/19 | Emails re opp to stay | 0.2 | | |
| 10/24/19 | Emails re BiOp suspension and motion for stay | 0.2 | | |
| 10/25/19 | Emails re BiOp suspension and motion for stay | 0.2 | | |
| 2/10/20 | Read order re BiOp; emails re same | 1.5 | $425 | |
| 4/19/20 | Compile/review hours; edit fee letter | 1.2 | | |
| 5/5/20 | Draft fee Dec | 1.7 | | |
| Total | | 134.8 | $425 | $57.290.00 |

3