**Center for Biological Diversity v. U.S. Fish and Wildlife Service, et al.,**

**No. 4:17-cv-00475-TUC-JAS (Lead)**
**No. 4:17-cv-00576-TUC-JAS (C)**
**No. 4:18-cv-00189-TUC-JAS (C)**

**EXHIBIT E**
**Declaration of Elise Ferguson in Support of Motion for Attorneys' Fees, Costs, and Expenses**

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
1212 Broadway #800
Oakland, CA 94612
Phone: 510-844-7100
Email: bcummings@biologicaldiversity.org

Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Phone: 218-464-0539
Email: mfink@biologicaldiversity.org

Allison N. Melton (CO Bar No. 45088)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: 970-309-2008
Email: amelton@biologicaldiversity.org

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION**

| | |
|---|---|
| Center for Biological Diversity,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. Fish and Wildlife Service, *et. al.*,<br><br>    Federal Defendants,<br><br>    and<br><br>Rosemont Copper Company,<br><br>    Defendant-Intervenor. | No. 4:17-cv-00475-TUC-JAS (Lead)<br>No. 4:17-cv-00576-TUC-JAS (C)<br>No. 4:18-cv-00189-TUC-JAS (C)<br><br>DECLARATION OF ELISE FERGUSON IN SUPPORT OF PETITION FOR ATTORNEY FEES, COSTS AND EXPENSES |

I, Elise Ferguson, declare:

1. I am a paralegal in the Public Lands Program for the Center for Biological Diversity. I have worked for the Center for Biological Diversity for two years and four months. I graduated and obtained my law degree from John F. Kennedy University, College of Law in Pleasant Hill, California in 2015.

2. This declaration is attached as Exhibit E to Plaintiff's Petition for Attorneys' Fees and Costs. I have attached as Exhibit E1, a detailed spreadsheet of the time I spent on this case. I have reviewed my time records, as well as litigation hold folder for this case where I saved all email correspondence and document drafts, I worked on. I have reviewed my time record to ensure that it does not include any unnecessary, duplicative, or excessive time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of May, 2020 in Manteca, California.

/s/ Elise Ferguson
Elise Ferguson

**Center for Biological Diversity v. U.S. Fish and Wildlife Service, et al.,**

**No. 4:17-cv-00475-TUC-JAS (Lead)**
**No. 4:17-cv-00576-TUC-JAS (C)**
**No. 4:18-cv-00189-TUC-JAS (C)**

**EXHIBIT E1**
**Timesheet of Elise Ferguson in Support of Motion for Attorneys' Fees, Costs, and Expenses**

**Elise Ferguson's Timesheet**
**Center for Biological Diversity v. United States Fish and Wildlife Service,**
**No. CV-17-00475-TUC-JAS (L)**

| Date | Description | Hours |
|---|---|---|
| 11/20/2017 | Worked on putting the binder together | 4.6 |
| 11/21/2017 | Worked on putting the binder together | 3.5 |
| 11/22/2017 | Shipped package to court and phone call with attorney. Worked on edits to motion and prepared binder | 2.8 |
| 12/7/2017 | Mailed courtesy copies to the court | 0.5 |
| 12/13/2017 | Printed and mailed courtesy copies to court | 0.5 |
| | **Total 2017 hours** | **11.9** |
| 2/15/2018 | Printed and mailed out copies to the court | 2 |
| 2/15/2018 | Checked addresses and mailed out documents | 0.5 |
| 2/21/2018 | Mailed document to court and called to clerk court for assistance | 1 |
| 3/14/2018 | Highlighted cases and authorities for binder | 4.04 |
| 3/16/2018 | Highlighted cases and authorities for binder | 5 |
| 3/19/2018 | Searched and pulled cases for binder. Made edits to declarations | 5 |
| 3/20/2018 | Made edits pleadings | 4 |
| 3/21/2018 | Worked on motion for filing. Worked on putting the binder together | 6 |
| 3/22/2018 | Prepared and shipped binder to court | 3 |
| 3/23/2018 | Made edits to notice of compliance and made edits to pleadings | 4 |
| 3/30/2018 | Mailed courtesy copies to the court | 0.6 |
| 4/9/2018 | Printed and mailed filings to court. Drafted notice of compliance | 3 |
| 4/11/2018 | Uploaded the AR to the M Drive | 0.3 |
| 5/10/2018 | Searched for dictionary definition for pleading | 1 |
| 7/24/2018 | Searched for a case and contacted Lexis representative | 1.5 |
| 8/7/2018 | Searched and pulled cases for binder | 6 |
| 8/8/2018 | Searched and pulled cases for binder | 5 |
| 8/10/2018 | Searched and pulled cases for binder | 6 |
| 8/14/2018 | Highlighted cases and authorities for binder | 5 |
| 8/15/2018 | Reviewed and made edits to the brief. Highlighted authorities | 5 |
| 8/16/2018 | Phone call with attorney regarding the authorities binder and worked on putting the binder together | 6.5 |
| 8/21/2018 | Worked on putting binder of authorities together | 5 |
| 8/22/2018 | Worked on first edits and formating to pleadings. Highlighted cases | 6 |
| 8/23/2018 | Worked on formatting on pleadings and binder. Numerous emails sent back and forth regarding pleadings and binder | 6.5 |
| 8/24/2018 | Worked on tables for pleading and formatted brief and had phone call with attorneys on the case | 6 |

| Date | Description | Hours |
|---|---|---|
| 8/27/2018 | Drafted and edited pleadings for binder and to be mailed to the court. Worked on binder | 3.5 |
| 8/28/2018 | Worked on binder | 5 |
| 8/29/2018 | Drafted notice of compliance and shipped package. Worked on finishing the binder | 3 |
| 10/5/2018 | Emails sent and received discussing brief | 0.1 |
| 10/8/2018 | Emails sent and received discussing brief and worked on binder | 2.5 |
| 10/9/2018 | Highlighted cases and authorities for binder | 4 |
| 10/10/2018 | Formatted pleadings and made numerours edits | 6 |
| 10/11/2018 | Fixed formatting issues and had a call with attorneys on the case | 1.5 |
| 10/16/2018 | Highlighted cases and authorities for binder | 4 |
| 10/17/2018 | Drafted and edited binder compliance certification | 0.7 |
| 10/17/2018 | Highlighted cases and authorities for binder | 5 |
| 10/18/2018 | Made edits to compliance certification and filed it | 0.4 |
| 11/8/2018 | Sent and read emails regarding filing | 0.1 |
| 11/13/2018 | Pulled cases and authorities for the binder | 2 |
| 11/14/2018 | Formated brief and made edits | 6 |
| 11/15/2018 | Pulled cases and authorities for the binder | 1 |
| 11/16/2018 | Worked on binder of authorities and formatted the brief | 4.5 |
| 11/19/2018 | Worked on binder of authorities | 4.5 |
| 11/20/2018 | Drafted and made edits to notice of compliance | 1 |
| 11/21/2018 | Prepared and FedEx a package to the court and drafted and filed notice of compliance | 2 |
| 12/4/2018 | Email sent to discuss upcoming filing | 0.1 |
| 12/7/2018 | Pulled cases for binder of authorities | 3 |
| 12/13/2018 | Formated pleadings and made edits to final draft of pleadings | 4.5 |
| 12/14/2018 | Worked on binder of authorities | |
| 12/17/2018 | Worked on putting together binder of authorities | 5.5 |
| 12/18/2018 | Worked on putting together binder of authorities | 4.5 |
| 12/19/2018 | Worked on putting binder of authorities together and filed and drafted the notice of compliance. | 2 |
| | **Total 2018 hours** | **174.34** |
| 3/12/2019 | Sent and read emails regarding the administrative record | 0.2 |
| 3/26/2019 | Phone call with attorney and made formatting edits to motion | 2.5 |
| 3/29/2019 | Mailed courtesy copies and drafted notice of compliance for filing | 3.5 |
| 4/30/2019 | Worked on exhibits | 2.5 |
| 5/10/2019 | Cite checked memo and sent and read emails | 4.5 |
| 5/13/2019 | Worked on putting together binder of authorities | 4 |
| 5/14/2019 | Worked on putting together binder of authorities | 4 |
| 5/15/2019 | Worked on putting together binder of authorities | 5 |
| 6/3/2019 | Sent and read emails regarding availability to assist on case | 0.1 |
| 6/10/2019 | Pulled and highlighted cases cited in the brief | 3 |

| Date | Description | Hours |
|---|---|---|
| 6/11/2019 | Pulled and highlighted cases cited in the brief | 4.5 |
| 6/12/2019 | Putting authorities binder together, made courtesy copies, and prepard package for shipping | 3 |
| 6/12/2019 | Drafted and filed notice of compliance | 1.5 |
| 6/13/2019 | Sent and read email | 0.1 |
| 6/20/2019 | Drafted notices of change of address and made edits | 3 |
| 7/1/2019 | Pulled and printed authorities cited in motion | 4 |
| 7/2/2019 | Pulled and printed authorities cited in motion | 3 |
| 7/25/2019 | Emailed case to atty | 0.1 |
| 8/1/2019 | Calendared dates from scheduling order | 0.3 |
| 8/13/2019 | Formated pleadings and made edits to final draft of pleadings | 5 |
| 9/4/2019 | Emails sent and received discussing briefing schedule | 0.1 |
| 9/11/2019 | Sent and read emails regarding the status final draft of motion | |
| 9/13/2019 | Sent and read emails and reviewed motion | 0.4 |
| 9/25/2019 | Worked on putting together binder of authorities and sent and received emails | 5 |
| 9/27/2019 | Worked on putting together binder of authorities and sent and received emails | 5 |
| 9/30/2019 | Worked on putting together binder of authorities and sent and received emails | 3 |
| 10/1/2019 | Prepared package for FedEx shipping | 0.5 |
| 10/25/2019 | Mailed courtesy copies and drafted notice of compliance for filing | 1 |
| | **Total 2019 hours** | **68.8** |
| 4/14/2020 | Looked for case law regarding attorney fees | 2.1 |
| 4/15/2020 | Case law research | 3 |
| 4/16/2020 | Case law research | 1 |
| 4/20/2020 | Edited attorney's declaration | 0.6 |
| 4/21/2020 | Drafted my declaration in support of fees and expenses | 0.7 |
| 4/28/2020 | Created exhibit cover sheets for motion for fees, costs and expenses | 0.6 |
| | **Total 2020 hours** | **8** |
| | **Total hours** | **263.04** |