IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. Fish and Wildlife Service, *et. al.*,<br><br>    Federal Defendants,<br><br>    and<br><br>Rosemont Copper Company,<br><br>    Defendant-Intervenor. | No. 4:17-cv-00475-TUC-JAS (Lead)<br>No. 4:17-cv-00576-TUC-JAS (C)<br>No. 4:18-cv-00189-TUC-JAS (C)<br><br>[PROPOSED] ORDER RE: PLAINITFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES |

This matter having come before the Court on Plaintiff Center for Biological Diversity's ("Center's") Motion for Attorneys' Fees, Costs, and Other Expenses and for good cause shown, IT IS ORDERED THAT Plaintiff's motion is GRANTED.