MARC D. FINK (MN Bar 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Phone: (218) 464-0539
mfink@biologicaldiversity.org
*Attorney for Plaintiff (additional counsel on signature page)*

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
ANDREW A. SMITH (NM Bar 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 224-1468
andrew.smith@usdoj.gov
*Attorney for Federal Defendants (additional counsel on signature page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. Fish and Wildlife Service, *et. al.*,<br><br>        Federal Defendants,<br><br>    and<br><br>Rosemont Copper Company,<br><br>        Defendant-Intervenor. | No. 4:17-cv-00475-TUC-JAS (Lead)<br>No. 4:17-cv-00576-TUC-JAS (C)<br>No. 4:18-cv-00189-TUC-JAS (C)<br><br>**STIPULATION AND SETTLEMENT AGREEMENT FOR PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES** |

WHEREAS, on February 11, 2020, this Court entered a Judgment in this matter, ECF No. 292, entering judgment in favor of Plaintiff Center for Biological Diversity ("Center") on three claims under the Endangered Species Act ("ESA"), and in Federal Defendants' favor on all remaining claims, No. 4:17-cv-00475-TUC-JAS (Lead);

WHEREAS, neither Federal Defendants nor Intervenor-Defendant Rosemont noticed appeals from this Judgment with regard to the Center's claims, rendering this Court's Judgment "final" as of April 13, 2020;[1]

WHEREAS, following an initial stay from this Court to allow its Judgment on the Center's claim to become final, ECF No. 294, on May 8, 2020 the Center filed its "Motion for Attorneys' Fees, Costs, and expenses," seeking $476,737.10 in attorneys' fees and $3,272.77 in litigation costs and expenses from Federal Defendants under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A), and the ESA citizen suit provision, 16 U.S.C. § 1540(g), *see* ECF No. 299 at 2-4;

WHEREAS the Court has stayed briefing on the Center's Motion for Attorneys' Fees until July 7, 2020, to allow the Parties to explore settlement of the Center's Motion, *see* ECF No. 301, and extended the stay until August 6, 2020, *see* ECF No. 304;

WHEREAS, the Center and Federal Defendants have engaged in good faith settlement negotiations in an effort to avoid the time and expense of further litigation;

NOW THEREFORE, it is stipulated and agreed to by the Center and Federal Defendants as follows:

### Settlement Agreement

1.      Federal Defendants hereby agree, by way of compromise and settlement, to settle the Center's claim for attorneys' fees, costs, and expenses for the sum of three hundred forty thousand dollars ($340,000.00) for any and all claims for attorneys' fees, costs, and expenses related to this litigation.

2.      Payment(s) of the settlement funds to the Center and its counsel shall be

---

[1] Defendant Rosement filed an appeal of its loss of its crossclaims against the United States, which is still pending, but the Parties do not understand this appeal to delay the finality of the judgment on the Center's claims in chief.

accomplished by electronic funds transfer(s) to Center for Biological Diversity. Undersigned counsel for the Center shall provide undersigned counsel for Federal Defendants with the appropriate account number and any other information needed to make payment(s). Counsel for Federal Defendants shall cause to be submitted the necessary information for payment to the appropriate federal agency authorities within ten days after the Center provide the information required to facilitate payment(s).

3. The Center agrees to accept payment(s) totaling of $340,000.00 in full satisfaction of any and all claims for attorneys' fees, costs, and expenses related to the above-captioned litigation. Upon receipt of this sum, the Center and its counsel hereby release any and all claims and/or potential claims under any statute or other authority, including but not limited to 33 U.S.C. § 1365(d), 28 U.S.C. § 2412, and 16 U.S.C. § 1540(g), for any and all attorneys' fees, costs, and expenses of any kind relating to this litigation.

4. The Center and its attorneys agree to hold Federal Defendants harmless in any litigation, further suit, or claim arising from the payment(s) of the agreed-upon settlement.

5. Pursuant to 31 U.S.C. § 3711; 26 U.S.C. § 6402(d); 31 C.F.R. § 285.5, 901.3, and other authorities, the United States will offset against the settlement amount any delinquent debts that the Center owes to the United States. *See Astrue v. Ratliff*, 560 U.S. 586 (2010).

6. After the execution and filing of this Settlement Agreement, and upon receipt of the payment(s) as specified above, the Center will file a Notice with the Court and will withdraw with prejudice in its entirety the Center's May 8, 2020 "Motion for Attorneys' Fees, Costs, and expenses," ECF No. 299.

7. This Settlement Agreement is the result of compromise and settlement, and it is based on and limited solely to the facts involved in this case. It does not represent an admission by any Party to any fact, claim, or defense concerning any issue in this case.

8. Nothing in this Settlement Agreement shall be interpreted as, or shall constitute, a requirement that Federal Defendants are obligated to pay any funds exceeding

1   those available, or to take any action in contravention of the Anti-Deficiency Act, 31 U.S.C.

2   § 1341, or any other applicable appropriations law.

3       9.      This Settlement Agreement has no precedential value and shall not be used

4   as evidence either by the Center or Federal Defendants in any other litigation except as

5   necessary to enforce the terms of this Agreement.

6       10.     The undersigned representatives of the Center and Federal Defendants certify

7   that they are fully authorized by the respective Parties whom they represent to enter into

8   the terms and conditions of this Settlement Agreement and to legally bind such Parties to

9   it.

10      11.     The provisions of this Settlement Agreement shall apply to and be binding

11  upon the Parties including, but not limited to, their officers, directors, servants, employees,

12  successors, and assigns.

13      12.     This Settlement Agreement represents the entirety of the undersigned

14  Parties' commitments with regard to settlement of claims for attorneys' fees, costs and

15  expenses.

16      13.     The terms of this Settlement Agreement shall become effective upon

17  execution of this Settlement Agreement. The Parties agree that this Settlement Agreement

18  may be executed in one or more counterparts, each of which shall constitute an original,

19  and all of which, taken together, shall constitute the same instrument. Facsimile or scanned

20  signatures submitted by electronic mail shall have the same effect as an original signature

21  in binding the parties.

22  IN WITNESS THEREOF, this Settlement Agreement between the Center and Federal

23  Defendants has been duly executed by their authorized legal representatives.

24      Respectfully submitted on July 30, 2020.

25

26                          Marc D. Fink (MN Bar 343407)

27                          Center for Biological Diversity

28                          209 East 7th Street

4

Duluth, Minnesota 55805
Phone: 218-464-0539
Email: mfink@biologicaldiversity.org

Allison N. Melton (CO Bar 45088)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: 970-309-2008
Email: amelton@biologicaldiversity.org

Brendan Cummings (CA Bar 193952)
Center for Biological Diversity
1212 Broadway #800
Oakland, CA 94612
Phone: 510-844-7100
Email: bcummings@biologicaldiversity.org
*Attorneys for Plaintiff Center for Biological Diversity*

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
ANDREW A. SMITH, Senior Trial Attorney
(NM Bar 8341)
NICOLE M. SMITH, Trial Attorney (CA Bar 303629)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0368
Facsimile: (202) 305-0275
Email: nicole.m.smith@usdoj.gov
*Attorneys for Federal Defendants*