Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
1212 Broadway #800
Oakland, CA 94612
Phone: 510-844-7100
Email: bcummings@biologicaldiversity.org

Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Phone: 218-464-0539
Email: mfink@biologicaldiversity.org

Allison N. Melton (CO Bar No. 45088)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: 970-309-2008
Email: amelton@biologicaldiversity.org

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. Fish and Wildlife Service, *et. al.*,<br><br>    Federal Defendants,<br><br>    and<br><br>Rosemont Copper Company,<br><br>    Defendant-Intervenor. | No. 4:17-cv-00475-TUC-JAS (Lead)<br>No. 4:17-cv-00576-TUC-JAS (C)<br>No. 4:18-cv-00189-TUC-JAS (C)<br><br>**PLAINTIFF'S WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES** |

Pursuant to Plaintiff's and Federal Defendants' Stipulation and Settlement Agreement (Doc. 307-2), Plaintiff Center for Biological Diversity ("Center") hereby withdraws with prejudice in its entirety the Center's May 8, 2020 Motion for Attorneys' Fees, Costs, and Expenses (Doc. 299) in case 4:17-cv-00475.

Dated August 26, 2020.                    Respectfully submitted

/s/Allison N. Melton
Allison N. Melton (CO Bar No. 45088)
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
Phone: 970-309-2008
Email: amelton@biologicaldiversity.org

Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Phone: 218-464-0539
Email: mfink@biologicaldiversity.org

Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
1212 Broadway #800
Oakland, CA 94612
Phone: 510-844-7100
Email: bcummings@biologicaldiversity.org