HEIDI MCINTOSH (Colorado Bar No. 48230) *(Admitted Pro Hac Vice)*
STUART C. GILLESPIE (Colorado Bar No. 42861) *(Admitted Pro Hac Vice)*
CAITLIN MILLER (Colorado Bar No. 50600) *(Admitted Pro Hac Vice)*
Earthjustice, Rocky Mountain Office
633 17th Street, Suite 1600
Denver, CO 80202
T: 303-996-9621
F: 303-623-8083
hmcintosh@earthjustice.org
sgillespie@earthjustice.org
cmiller@earthjustice.org

*Counsel for the Tohono O'odham Nation,
the Pascua Yaqui Tribe, and the Hopi Tribe*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity,<br><br>  Plaintiffs,<br>  v.<br>U.S. Fish and Wildlife Service, *et al*.<br>  Federal Defendants,<br>  and<br>Rosemont Copper Company,<br>  Defendant-Intervenor. | No. 4:17-cv-00475-TUC-JAS [Lead]<br>No. 4:17-cv-00576-TUC-JAS (C)<br>No. 4:18-cv-00189-TUC-JAS (C)<br><br>Chief Judge: James A. Soto<br><br>**JOINT PROPOSED BRIEFING SCHEDULE ON THE TRIBES' PETITION FOR ATTORNEY FEES AND COSTS** |
| Tohono O'odham Nation, *et al.*<br><br>  Plaintiffs,<br>  v.<br>U.S. Forest Service, *et al*.<br>  Federal Defendants,<br>  and<br>Rosemont Copper Company,<br>  Defendant-Intervenor. | No. 4:18-cv-00189-TUC-JAS (C) |

| | |
|---|---|
| Save the Scenic Santa Ritas, *et al.*,<br><br>              Plaintiffs,<br>  v.<br>U.S. Forest Service, *et al.*<br><br>              Federal Defendants,<br>  and<br>Rosemont Copper Company,<br><br>              Defendant-Intervenor. | No. 4:17-cv-00576-TUC-JAS (C) |

Pursuant to Local Rule 7.3 and Fed. R. Civ. P. 6(b), Plaintiffs Tohono O'odham Nation, Pascua Yaqui Tribe, and Hopi Tribe (collectively, the Tribes) and Federal Defendants United States Forest Service *et al.*, submit this joint proposed briefing schedule in response to the Court's March 16, 2023, Order (ECF No. 323). Counsel for the Tribes and Federal Defendants have conferred with the other parties about this request. Plaintiffs Save the Scenic Santa Ritas et al. do not oppose the motion. Defendant-Intervenor Rosemont Copper Company takes no position.

The Tribes and Federal Defendants attempted in good faith to settle on the Tribes' right to attorney fees and costs. However, the parties have reached an impasse on a threshold issue of the Tribes' eligibility to obtain fees and costs under the National Historic Preservation Act (NHPA). As a result, the parties are unable to reach a settlement agreement at this time and propose briefing this threshold issue before the Court according to the following schedule:

1. The Tribes will file their opening brief on or before June 2, 2023.

2. Federal Defendants will file their response on or before July 7, 2023.

3. The Tribes will file their reply by request on or before July 28, 2023

Respectfully submitted on this 16th day of May, 2023.

/s/ Stuart Gillespie
Stuart C. Gillespie
Heidi McIntosh
Caitlin Miller
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
T: 303-996-9621
hmcintosh@earthjustice.org
sgillespie@earthjustice.org
cmiller@earthjustice.org
*Counsel for Tohono O'odham Nation, Pascua Yaqui Tribe, and Hopi Tribe*

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

/s/ Andrew Smith
ANDREW A. SMITH
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 224 1468
andrew.smith@usdoj.gov
*Counsel for Federal Defendants*