IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity,<br><br>　　　　　　Plaintiffs,<br>　v.<br>U.S. Fish and Wildlife Service, *et al.*<br><br>　　　　　　Federal Defendants,<br>　and<br>Rosemont Copper Company,<br><br>　　　　　　Defendant-Intervenor. | No. 4:17-cv-00475-TUC-JAS [Lead]<br>No. 4:17-cv-00576-TUC-JAS (C)<br>No. 4:18-cv-00189-TUC-JAS (C)<br><br>Chief Judge: James A. Soto<br><br>**[PROPOSED] ORDER GRANTING JOINT PROPOSED BRIEFING SCHEDULE ON THE TRIBES' PETITION FOR ATTORNEY FEES AND COSTS** |

Before the Court is the Joint Proposed Briefing Schedule on the Tribes' Petition for Attorney Fees & Costs on the threshold issue of the Tribes' eligibility to obtain fees and costs under the National Historic Preservation Act (NHPA). Having reviewed the joint proposed briefing schedule, and with good cause having been shown, the Court GRANTS the joint proposed briefing schedule. It is hereby ORDERED that:

1. The Tribes will file their opening brief on or before June 2, 2023.

2. Federal Defendants will file their response on or before July 7, 2023.

3. The Tribes will file their reply by request on or before July 28, 2023.