# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>United States Fish and Wildlife Service, et al.,<br><br>Defendants. | No. CV-17-00475-TUC-JAS [Lead]<br>No. CV-17-00576-TUC-JAS (C)<br>No. CV-17-00189-TUC-JAS (C)<br>**CONSOLIDATED**<br><br>**ORDER** |

Before the Court is the Joint Proposed Briefing Schedule on the Tribes' Petition for Attorney Fees & Costs (Doc. 324) on the threshold issue of the Tribes' eligibility to obtain fees and costs under the National Historic Preservation Act (NHPA). Having reviewed the joint proposed briefing schedule, and with good cause having been shown, the Court GRANTS the joint proposed briefing schedule. As such,

**IT IS ORDERED** as follows:

1. The Tribes will file their opening brief on or before June 2, 2023.
2. Federal Defendants will file their response on or before July 7, 2023.
3. The Tribes will file their reply by request on or before July 28, 2023.

Dated this 16th day of May, 2023.

Honorable James A. Soto
United States District Judge