Roger Flynn (CO Bar # 21078) *(Pro Hac Vice)*
Jeffrey C. Parsons (CO Bar #30210) (*Pro Hac Vice*)
WESTERN MINING ACTION PROJECT
P.O. Box 349
440 Main Street, #2
Lyons, CO 80540
Phone: (303) 823-5738
Fax: (303) 823-5732
wmap@igc.org

*Attorneys for Plaintiffs Save the Scenic Santa Ritas, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity,<br><br>      Plaintiff,<br><br>v.<br><br>United States Fish and Wildlife Service, et al.,<br><br>      Defendants,<br><br>and<br><br>Rosemont Copper Company,<br><br>      Defendant-Intervenor. | CV-17-00475-TUC-JAS (Lead)<br>CV-17-00576-TUC-JAS<br>CV-18-00189-TUC-JAS<br><br><br>**STATUS REPORT AND JOINT MOTION TO EXTEND STAY FOR CONSIDERATION OF SSSR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>(CV-17-00576-TUC-JAS) |
| Save the Scenic Santa Ritas, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>United States Forest Service, et al.,<br><br>      Defendants,<br><br>and<br><br>Rosemont Copper Company,<br><br>      Defendant-Intervenor. | |

Tohono O'odham Nation, et al.,

                Plaintiffs,

v.

United States Forest Service, et al.,

                Defendants,

and

Rosemont Copper Company,

                Defendant-Intervenor.

Plaintiffs in CV-17-00576-TUC-JAS, Save the Scenic Santa Ritas, Arizona Mining Reform Coalition, and the Center for Biological Diversity (collectively SSSR), and Federal Defendants U.S. Forest Service, *et al*, file this Status Report and Joint Motion to continue the stay of briefing on SSSR's Petition/Motion for attorneys' fees and expenses, in order to facilitate ongoing discussions that may result in settlement of SSSR's Petition/Motion.  The Parties request that the stay be extended to and including July 18, 2023 (60 days).

On December 28, 2022, the Court granted Plaintiffs' and Federal Defendants' Joint Motion for an initial stay of briefing on SSSR's Petition/Motion. ECF No. 319.  The Court extended that stay on March 16, 2023.  ECF No. 323. Under the March 16, 2023 Order, "SSSR and Federal Defendants will submit a status report on potential settlement of SSSR's Motion on or before May 19, 2023, as well as request an additional extension of time if settlement discussions are still ongoing."  *Id.*

Counsel for SSSR and counsel for Federal Defendants have arrived at a provisional settlement that will resolve SSSR's Petition/Motion, subject to client approval.  At this juncture, counsel intend to prepare a proposed settlement agreement form for attorneys' fees and costs similar to the agreement that was filed in the lead case, ECF No. 307-2.  Once counsel have worked out that form of agreement, they will seek formal approval from their respective clients.  The Parties anticipate that these final approval steps will take approximately 45-60 days.

The Tribes, through counsel of record, do not oppose this Joint Motion. Defendant-Intervenor Rosemont, through counsel of record, takes no position on this Joint Motion.

Accordingly, SSSR and Federal Defendants in this case respectfully request that this Court issue an Order such that:

1.      Briefing on SSSR's Petition/Motion continues to be stayed;

2.      SSSR and Federal Defendants will submit a status report on the potential settlement of SSSR's Petition/Motion on or before July 18, 2023, as well as request an additional extension of time if settlement discussions are still ongoing; and

3.      If settlement cannot be reached, SSSR and Federal Defendants will file a joint schedule for SSSR to amend its Petition/Motion, with additional

declarations and materials in support, as well as for Federal Defendants' response

and SSSR's reply.

A proposed Order is attached to this Joint Motion.

Respectfully submitted this 19th day of March, 2023.

*/s/ Roger Flynn*
Roger Flynn
Jeffrey C. Parsons
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
Fax (303) 823-5732
wmap@igc.org

Marc Fink
Senior Attorney
Center for Biological Diversity
209 East 7th St
Duluth, MN  55805
(218) 464-0539
mfink@biologicaldiversity.org

Allison N. Henderson
Senior Attorney
Center for Biological Diversity
P.O. Box 3024
Crested Butte, Colorado 81224
(970) 309-2008
ahenderson@biologicaldiversity.org

Attorneys for SSSR, the Center and AMRC

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

*/s/ Andrew A. Smith*
ANDREW A. SMITH (NM Bar No. 8341)
Senior Trial Attorney, Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 224-1468
andrew.smith@usdoj.gov

Attorney for the Federal Defendants