IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity,<br><br>  Plaintiff,<br><br>v.<br><br>United States Fish and Wildlife Service, et al.,<br><br>  Defendants, | CV-17-00475-TUC-JAS (Lead)<br>CV-17-00576-TUC-JAS<br>CV-18-00189-TUC-JAS<br>**CONSOLIDATED**<br><br>**[Proposed] ORDER** |

This Court having considered Plaintiffs Save the Scenic Santa Ritas' (SSSR) and Federal Defendants' Status Report and Joint Motion to Extend Stay for Consideration of SSSR Plaintiffs' Motion for Attorneys' Fees (Doc. XX) GRANTS the Joint Motion.

Accordingly, it is ORDERED as followed:

1. Briefing on SSSR's Petition/Motion continues to be stayed;

2. SSSR and Federal Defendants will submit a status report on potential settlement of SSSR's Motion on or before **July 18, 2023**, as well as request an additional extension of time if settlement discussions are still ongoing; and

3.   If settlement cannot be reached, SSSR and Federal Defendants will file a joint schedule for SSSR to amend its Motion, with additional declarations and materials in support, as well as for Federal Defendants' response, and SSSR's reply.