Roger Flynn (CO Bar # 21078) *(Pro Hac Vice)*
Jeffrey C. Parsons (CO Bar #30210) (*Pro Hac Vice*)
WESTERN MINING ACTION PROJECT
P.O. Box 349
440 Main Street, #2
Lyons, CO 80540
Phone: (303) 823-5738
Fax: (303) 823-5732
wmap@igc.org

*Attorneys for Plaintiffs Save the Scenic Santa Ritas, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity,<br><br>　　　Plaintiff,<br><br>v.<br><br>United States Fish and Wildlife Service, et al.,<br><br>　　　Defendants,<br><br>and<br><br>Rosemont Copper Company,<br><br>　　　Defendant-Intervenor. | CV-17-00475-TUC-JAS (Lead)<br>CV-17-00576-TUC-JAS<br>CV-18-00189-TUC-JAS<br><br>**NOTICE OF LODGING OF EXECUTED SETTLEMENT AGREEMENT FOR SSSR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES**<br><br>(CV-17-00576-TUC-JAS) |
| Save the Scenic Santa Ritas, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>United States Forest Service, et al.,<br><br>　　　Defendants,<br><br>and<br><br>Rosemont Copper Company,<br><br>　　　Defendant-Intervenor. | |

| | |
|---|---|
| 1 | Tohono O'odham Nation, et al., |
| 2 |     Plaintiffs, |
| 3 | v. |
| 4 | United States Forest Service, et al., |
| 5 |     Defendants, |
| 6 | and |
| 7 | Rosemont Copper Company, |
| 8 |     Defendant-Intervenor. |

SSSR Plaintiffs and Federal Defendants in CV-17-00576-TUC-JAS, hereby notify the Court and the Parties of the lodging of the SSSR Plaintiffs' and Federal Defendants' July 24, 2023 executed "Settlement Agreement for SSSR Plaintiffs' Motion for Attorneys' Fees, Costs, And Expenses," attached hereto as Exhibit A. Consistent with SSSR Plaintiffs' and Federal Defendants' July 18, 2023 Status Report and Joint Motion to Continue the Stay of Briefing on SSSR Plaintiffs' Petition/Motion for attorneys' fees and expenses, ECF No. 334, and this Court's July 24, 2023 Order thereon, ECF No. 337, Federal Defendants will begin processing the payment(s) to SSSR Plaintiffs under the Settlement Agreement. Once SSSR receives the last of the payment(s) under the settlement agreement, SSSR will timely withdraw with prejudice SSSR's Petition/Motion.

Respectfully submitted this 24th day of July, 2023.

*/s/ Roger Flynn*
Roger Flynn
Jeffrey C. Parsons
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
Fax (303) 823-5732
wmap@igc.org

Marc Fink
Senior Attorney
Center for Biological Diversity
209 East 7th St
Duluth, MN  55805
(218) 464-0539
mfink@biologicaldiversity.org

Allison N. Henderson
Senior Attorney
Center for Biological Diversity
P.O. Box 3024
Crested Butte, Colorado 81224
(970) 309-2008
ahenderson@biologicaldiversity.org

Attorneys for SSSR, the Center and AMRC


TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

*/s/ Andrew A. Smith*
ANDREW A. SMITH (NM Bar No. 8341)
Senior Trial Attorney, Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900

3

P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 224-1468
andrew.smith@usdoj.gov

Attorney for the Federal Defendants